ɕ

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QVC, Inc. | : | 0 7 - 4 6 3 |
| | : | Civil Action No. _____ |
| and | : | |
| | : | JURY TRIAL DEMANDED |
| ER Marks, Inc. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| Joshua Barker, | : | |
| Jason Jersey, and | : | |
| Jersey-Barker Enterprises | : | |
| | : | |
| Defendants. | : | |
| | : | |

## COMPLAINT

Plaintiffs QVC, Inc. and E.R. Marks, Inc., by their attorneys, Connolly Bove Lodge &
Hutz LLP, for their complaint against defendants Joshua Barker and Jason Jersey (d/b/a Jersey-
Barker Enterprises), allege as follows:

## NATURE OF THE ACTION

1.       This is a civil action for: (i) trademark infringement arising under Section 32(1)
of the Lanham Act of 1946, as amended, 15 U.S.C. § 1051 et seq.; (ii) false designation of origin
in commerce, arising under Section 43(a) of the Lanham Act of 1946, as amended, 15 U.S.C. §
1125(a); (iii) false advertising arising under Section 43(a) of the Lanham Act of 1946, as
amended, 15 U.S.C. § 1125(a); (iv) unfair competition under Section 43(a) of the Lanham Act,
as amended, 15 U.S.C. § 1125(a); (v) trademark dilution arising under Section 43(c) of the
Lanham Act of 1946, as amended, 15 U.S.C. § 1125(c); (vi) cybersquatting under 15 U.S.C. §

1125(d); (vii) the likelihood of injury to business reputation or of dilution of the distinctive quality of a mark or trade name valid at common law under the Delaware Trademark Act, 6 Del. C. § 3313; (viii) statutory unfair competition under the Delaware Uniform Deceptive Trade Practices Act, 6 Del. C. § 2531 et seq.; (ix) common law unfair competition under the common law of the State of Delaware; and (x) unjust enrichment under the common law of the State of Delaware.

## JURISDICTION AND VENUE

2.      This Court has original jurisdiction over the claims arising under the Lanham Act pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338. This Court has supplemental jurisdiction over the claims arising under the law of the State of Delaware pursuant to 28 U.S.C. § 1367.

3.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and (c).

## PARTIES

4.      Plaintiff QVC, Inc. is a Delaware corporation with its principal place of business at Studio Park, West Chester, Pennsylvania, 19380-4262. QVC, Inc. is the exclusive licensee in the United States of the famous mark QVC ("QVC Mark") as well as numerous other QVC formative marks, and is the owner of the famous mark, QUALITY VALUE CONVENIENCE, (collectively "QVC Marks"), used to identify a variety of retail services including in-home shopping via television, telephone and/or the internet.

5.      Plaintiff ER Marks, Inc. ("ER Marks") is a Delaware corporation with its principal place of business at 3411 Silverside Road, Bancroft Building, Suite 205B, Wilmington,

2

Delaware, 19810. ER Marks is the owner and licensor of the famous QVC Mark and other QVC formative marks. For purposes of this Complaint, Plaintiffs will be referred to collectively and individually as "QVC" or "Plaintiffs."

6.    Defendant Jersey-Barker Enterprises ("Jersey-Barker") is, upon information and belief, an unincorporated entity doing business at 1908 SE Hillmoor Drive, Suite 34, Port St. Lucie, Florida, 34952. Jersey-Barker is listed as the owner or registrant of the websites www.planetqvc.com, www.planetqvc.info, and www.planetqvc.net (collectively "planetqvc websites"). Copies of the WHOIS records for these websites are attached hereto at Exhibit A. Jersey-Barker operates the planetqvc.com website ("infringing website") which is an interactive website that is accessible nationwide, that advertises its services and/or products nationally, and enables the citizens of the 50 states, including Delaware, to view, comparison-shop and/or purchase products that are available for sale through use of the website. In connection with the planetqvc.com website, upon information and belief, Jersey-Barker transacts business, advertises, sells products and/or enters into contracts to supply services/products in Delaware, with Delaware companies and citizens. Specifically, on information and belief, Jersey-Barker sells the inventory of companies Plaintiffs understand to be Delaware companies on the infringing website. On information and belief, planetqvc.com sells, offers for sale and advertises products from Smith & Wesson, a Delaware company.

7.    Upon information and belief, Defendant Jason Jersey ("Jersey") resides at 1908 SE Hillmoor Drive, Suite 34, Port St. Lucie, Florida, 34952. Jersey is listed as the administrative contact for the planetqvc websites.

3

8.      Defendant Joshua Barker ("Barker"), resides at 1908 SE Hillmoor Drive, Suite

34, Port St. Lucie, Florida 34952. Barker resides at the same address listed in the WHOIS

records for the planetqvc websites. Upon information and belief, Barker is involved in Jersey-

Barker Enterprises.

## FACTS

### QVC and the World-Famous QVC Marks

9.      QVC began providing electronic retail services for in-home shopping in

connection with its QVC Mark in 1986 and has continued to do so, without interruption, to the

present date. In connection with these services, QVC has also used the mark QUALITY

VALUE CONVENIENCE since 1986. QVC was founded in 1986 by Joseph Segel and, that

same year, the company established a new record in American business history for first-full-

fiscal-year sales by a new public company, with revenues of more than $112 million. Since its

inception, QVC, Inc.'s business has expanded dramatically. By 1993, QVC had become the No.

1 televised shopping service in sales, profits, and reputation in the United States, reaching more

than 80 percent of all U.S. cable homes and three million satellite dishes. In terms of revenue,

QVC is ranked as the 2nd largest television network in the U.S. after CBS. QVC.com is among

the top-ranked general merchant internet websites, with annual sales of $1 billion dollars. QVC

now operates a global business with net revenue in 2006 of $7.1 billion dollars. It sells

nationally and internationally both by television shopping channels and by means of interactive

internet websites.

10.      QVC Studio Park is located in West Chester, Pennsylvania, about 30 miles West

of Philadelphia. QVC is the leader in electronic retailing. QVC broadcasts live 24 hours a day,

4

364 days a year and reaches approximately 96% of all U.S. cable homes, as well as nearly 25.3 million satellite homes equating to over 162 million homes worldwide (over 92 million homes in the United States and over 70 million homes in Japan, Germany and the UK). Over the past 20 years, QVC has shipped over one billion packages worldwide to more than 35 million customers. Annually, QVC ships more than 105 million packages. 42 million people have shopped with QVC over the past 20 years. Every day, QVC presents 1,440 minutes of airtime, handles 550,000 customer services calls and ships 380,000 packages. In 2006, QVC received more than 178 million phone calls in the U.S. alone. QVC receives 200,000 orders per day and handles 7,000 transactions per minute. The primary product categories offered for sale are electronics, beauty, jewelry, household and apparel/accessories. QVC employs over 17,000 people around the world.

11.     In addition to its own television studios, QVC has expanded its business to the internet. It launched its website in the fall of 1996. The website, www.qvc.com, currently attracts 6,000,000 distinct visitors monthly and has enjoyed sales of $1,000,000,000 (1 billion dollars) during the past year. It is one of the most popular websites in the world. The QVC.COM website offers over 200,000 diverse products and this website has received numerous awards and accolades. QVC has been the subject of regular attention and comment by the press and the media, and has even been featured on popular TV shows such as *The Apprentice.* At all relevant times, the QVC website has prominently featured the QVC and QUALITY VALUE CONVENIENCE marks.

12. In connection with its business, QVC has continually spent a great deal of time, effort and expense in creating and protecting its valuable intellectual property rights. QVC began obtaining United States service mark registrations for its QVC Mark and QVC formative marks as early as 1987. Since 1999, QVC, Inc. assigned certain of its marks and registrations to its wholly-owned subsidiary and Co-Plaintiff, ER Marks, Inc. Almost all these marks pertain to in-home shopping via television, telephone and/or the internet. In addition to common law rights in the QVC Marks, Plaintiffs are the owners/authorized users of many QVC or QVC formative federal trademark registrations as well as many other federal registrations. These include the following:

1.    Registration No. 1,455,889 for the mark QVC, for providing at home shopping services in the field of general merchandise by means of cable television;

2.    Registration No. 2,098,066 for the mark QVC, for interactive retail services provided via computer and television, featuring general merchandise; and

3.    Registration No. 1,808,142 for the mark QUALITY VALUE CONVENIENCE, for at home shopping services by means of television.

Such registrations are valid, subsisting and incontestable. Copies of these registrations are attached at Exhibit B. Additionally, Plaintiffs are the owners/authorized users of numerous other marks in the United States, as well as over 40 other countries. A sampling of these marks is listed in Exhibit C.

13. In addition, QVC is the registrant of hundreds of QVC formative domain names including the above-discussed QVC.COM domain name. These also include top level domains and country code domains. These domain names are critical to QVC's national and international business, and even include names QVC has no intention of using but has obtained to protect its

6

own reputation (e.g., ADULTQVC.COM). The QVC Marks are further promoted to consumers through use and advertising on these QVC formative domains. A list of these domain names is attached at Exhibit D.

14.     QVC spends millions of dollars each year in advertising and promoting its products and services using the QVC Marks.

15.     The QVC Marks are known worldwide and are widely recognized by the consuming public as a designation of source. The use of the QVC Marks identifies services and products as originating from QVC.

16.     The extensive advertising and promotion of the QVC Marks, combined with the high value products and services offered by Plaintiffs and the Plaintiffs' great commercial success, have resulted in the QVC Marks acquiring tremendous goodwill and secondary meaning among the consuming public. The QVC Marks are well-known in the United States and throughout the world, and such marks are famous and highly distinctive.

## DEFENDANTS' TRADEMARK INFRINGEMENT, TRADEMARK DILUTION, UNFAIR COMPETITION, AND OTHER UNLAWFUL ACTS

17.     Jersey-Barker and/or the individual defendants, Jersey and Barker operate an interactive online shopping site www.planetqvc.com. Upon information and belief, Jersey-Barker and/or the individual defendants, Jersey and Barker, openly state their goal of competing directly with QVC, a well-known leader in the field of in-home shopping.

18.     In order to compete with QVC, Defendants, individually and collectively, registered several domain names that incorporate the famous QVC mark, and use the QVC Marks on the planetqvc.com and planetqvc.info sites, improperly using and trading upon the

7

QVC Marks. Such use is without authorization by Plaintiffs. A copy of the planetqvc.com website is attached at Exhibit E. The QVC Marks are prominently depicted on the website. The term QVC also appears in a thicker font than the "planet" component on the planetqvc.com website.

19.     Defendants have also registered the domain name planetqvc.info which incorporates the famous QVC Mark, and uses, without authorization, the QVC Mark on the planetqvc.info site, improperly using and trading upon the QVC Mark. The planetqvc.info site provides links to numerous goods and services, including shopping services which compete with those offered by QVC. Such use is without authorization by Plaintiffs. A copy of the planetqvc.info website is attached at Exhibit F. The QVC Mark is prominently depicted on the website and the term QVC appears in a thicker font than the "planet" component and also appears in the same stylized format used by QVC.

20.     On planetqvc.com's website, the QVC Marks are used without Plaintiffs' authorization in connection with the advertising and retail of retail sales of various products. Plaintiffs and Defendants offer competing products for sale on their respective websites.

21.     Defendants' use of the QVC Marks is confusingly similar to the famous QVC Marks. Defandants' use of the QVC Mark shares the unique and famous QVC component. Defendants' website also incorporates the entirety of the Plaintiffs' unique and famous mark, QUALITY VALUE CONVENIENCE. Defendants' use is nearly identical to the QVC Marks and conveys the same commercial impression, especially because they are used by Defendants in the advertising and sale of competing retail services and products.

8

22.     Defendants' confusingly similar use of the QVC Marks is being used by Defendants to enable them to compete directly and unfairly with the products and services offered by Plaintiffs under the famous QVC Marks. Defendants use the QVC Marks for the same type of retail services offered to the same classes of consumers as Plaintiffs.

23.     Defendants' use of marks confusingly similar to the QVC Marks as used in connection with retail services, is likely to cause confusion as to the source and origin of Defendants' products and services and is likely to cause confusion, or to cause mistake, or to deceive the public and the trade as to the source or sponsorship of Defendants' products and services and to mislead the public into believing that Defendants' products and services emanate from, are approved or sponsored by, or are in some way associated, affiliated, or connected with Plaintiffs.

24.     Defendants' use of marks confusingly similar to the QVC Marks in connection with retail services, falsely conveys that Plaintiffs are affiliated with Defendants or otherwise misrepresents the nature, characteristics, and qualities of Defendants' products, services, and commercial activities. Defendants' use of the QVC Marks, upon information and belief, actually deceived or has the capacity to deceive a substantial segment of the audience.

25.     Defendants' website planetqvc.com includes a logo for BBBOnLine Privacy and the Trust-e site privacy statement logo. The use of these logos suggests that such site is secure for online purchases and financial transactions, and that the site security was verified by these entities.   On information and belief, Defendants are not authorized to use these logos, and this is a false and misleading statement. Such an unauthorized statement is likely to deceive or confuse

9

purchasers, including existing customers of QVC, into thinking the infringing website is verified by entities known for ensuring online security.

26. Defendants' infringing activity as described above weakens the unique association which has heretofore existed between the QVC Marks and Plaintiffs' services, thereby lessening the capacity of the Plaintiffs' trademarks to identify and distinguish their services. Defendants' unauthorized activity is likely to dilute the distinctive quality of the famous QVC Marks and injures Plaintiffs' reputation as the source of high quality services.

27. Upon information and belief, Defendants' adoption and use of the infringing QVC Marks was and is willful and represents a deliberate and willful attempt to trade unlawfully upon the goodwill associated with the famous QVC Marks.

28. Defendants' activities as described herein cause and have caused Plaintiffs irreparable harm and significant injury.

## COUNT I -- INFRINGEMENT OF REGISTERED TRADEMARK

29. Plaintiffs repeat and reallege each and every allegation set forth in paragraphs 1 through 28 above as if fully set forth herein.

30. Defendants' activities as described above constitute infringement of the QVC Marks in violation of Section 32(1) of the Lanham Act of 1946, as amended (15 U.S.C. §1114(1)).

10

## COUNT II -- FALSE DESIGNATION OF ORIGIN

31.     Plaintiffs repeat and reallege each of the allegations set forth in paragraphs 1 through 30 above as if fully set forth herein.

32.     Defendants' activities as described above constitute the use of false designations of origin in commerce, in violation of Section 43(a) of the Lanham Act of 1946, as amended (15 U.S.C. § 1125(a)).

## COUNT III -- FALSE ADVERTISING

33.     Plaintiffs repeat and reallege each of the allegations set forth in paragraphs 1 through 32 above as if fully set forth herein.

34.     Defendants' activities as described above constitute false advertising in violation of Section 43(a) of the Lanham Act of 1946, as amended (15 U.S.C. § 1125(a)).

## COUNT IV -- UNFAIR COMPETITION

35.     Plaintiffs repeat and reallege each of the allegations set forth in paragraphs 1 through 34 above as if fully set forth herein.

36.     Defendants' activities as described above constitute unfair competition in violation of Section 43(a) of the Lanham Act of 1946, as amended (15 U.S.C. § 1125(a)).

## COUNT V -- FEDERAL TRADEMARK DILUTION

37.     Plaintiffs repeat and reallege each of the allegations set forth in paragraphs 1 through 36 above as if fully set forth herein.

38.     The QVC Marks are distinctive and famous, and have enjoyed such distinction and fame since long before the time Defendants commenced use of the terms "planetqvc" and "quality value convenience."

39.     Defendants' activities as described above constitute dilution of the distinctive quality of the famous QVC Marks, in violation of Section 43(c) of the Lanham Act of 1946, as amended (15 U.S.C. § 1125(c)).

### COUNT VI -- FEDERAL CYBERSQUATTING, 15 U.S.C. § 1125(d)

40.     Plaintiffs repeat and reallege each of the allegations set forth in paragraphs 1 through 39 above as if fully set forth herein.

41.     The QVC Marks are distinctive and famous, and have enjoyed such distinction and fame since long before the time Defendants commenced use of the term "planetqvc."

42.     Defendants, by the aforesaid acts, have registered and/or used domain names that incorporate a confusingly similar variation of the distinctive and famous QVC Mark.

43.     On information and belief, Defendants registered domain names incorporating the QVC Mark with a bad faith intent to profit from the QVC Mark and/or divert consumers from Plaintiffs.

44.     Defendants' activities as described above constitute cybersquatting in violation of 15 U.S.C. § 1125 (d) of the Lanham Act.

12

## COUNT VII --TRADEMARK DILUTION AND INJURY TO BUSINESS REPUTATION UNDER THE DELAWARE TRADEMARK ACT, 6 DEL. C. § 3313

45.     Plaintiffs repeat and reallege each of the allegations set forth in paragraphs 1 through 43 above as if fully set forth herein.

46.     The QVC Marks are distinctive and famous, and have enjoyed such distinction and fame since long before the time Defendants commenced use of the terms "planetqvc" and "quality value convenience."

47.     Defendants' activities as described above constitute injury to Plaintiffs' business reputation and dilution of the distinctive quality of the famous QVC Marks, in violation of the Delaware Trademark Act, 6 Del. C. § 3313.

## COUNT VIII -- UNFAIR COMPETITION UNDER THE DELAWARE UNIFORM DECEPTIVE TRADE PRACTICES ACT, 6 DEL. C. § 2531 ET SEQ.

48.     Plaintiffs repeat and reallege each of the allegations set forth in paragraphs 1 through 47 above as if fully set forth herein.

49.     Defendants' activities as described above constitute unfair competition and deceptive trade practices under the Delaware Uniform Deceptive Trade Practices Act, 6 Del. C. § 2531 et seq.

## COUNT IX -- COMMON LAW UNFAIR COMPETITION

50.     Plaintiffs repeat and reallege each of the allegations set forth in paragraphs 1 through 49 above as if fully set forth herein.

51.     Defendants' activities as described above constitute unfair competition under the common law of the State of Delaware.

13

## COUNT X -- COMMON LAW UNJUST ENRICHMENT

52.      Plaintiffs repeat and reallege each of the allegations set forth in paragraphs 1 through 51 above as if fully set forth herein.

53.      Benefits have been conferred upon Defendants by Defendants' unauthorized use of Plaintiffs' trademarks.

54.      Defendants have appreciated, accepted, and retained these benefits.

55.      It is inequitable for Defendants to retain these benefits without the payment of value to Plaintiffs.

56.      Defendants have been unjustly enriched at the expense of Plaintiffs.

57.      Defendants' activities as described above constitute unjust enrichment under the common law of the State of Delaware.

WHEREFORE, Plaintiffs demand judgment against Defendants as follows:

1. That Defendants, their agents, servants, representatives, successors and assigns, and all those persons or entities in active concert or participation with any of them who receive actual notice of the injunctive order, be enjoined, preliminarily and permanently from:

(a) Using the term QVC or the wording "QUALITY VALUE CONVENIENCE," or any other mark, term, domain name or title confusingly similar to the term QVC or the wording "QUALITY VALUE CONVENIENCE," in connection with marketing, sale, offering for sale, advertisement, or promotion of retail goods or services; and

(b) Committing any other act calculated or likely to cause the public to believe that Defendants are in any manner connected, affiliated or associated with Plaintiffs or from otherwise competing unfairly with Plaintiffs.

2. That Defendants, their agents, servants, representatives, successors and assigns, and all those persons or entities in active concert or participation with any of them who receive actual notice of the injunctive order, within thirty (30) days of the injunction order:

(a) Identify all websites that incorporate or use any QVC Marks, or variation thereof;

(b) Transfer all websites to QVC, Inc. that incorporate or use any QVC Marks, or variation thereof;

(c) Remove the QVC Marks, and any variations thereof, from any metatags in any website owned or controlled by, or on behalf of, Defendants; and

15

(d)     Notify all search engines of the removal of any such metatags and provide proof of same to Plaintiffs.

3.      Pursuant to 15 U.S.C. § 1118, that Defendants deliver to Plaintiffs for destruction all material (including, without limitation, all advertisements, promotional materials, and brochures), within its possession, custody or control, either directly or indirectly, that bears the QVC Marks or any other designation confusingly similar to the QVC Marks.

4.      Pursuant to 15 U.S.C. § 1116(a), that Defendants be directed to file with the Court and serve upon Plaintiffs, within thirty (30) days after entry of the injunctive order, a report in writing and under oath setting forth in detail the manner and form by which it has complied with the provisions set forth in paragraphs 1, 2, and 3 above.

5.      Pursuant to 15 U.S.C. § 1117(a) and the common law, that Defendants be directed to account to Plaintiffs for all gains, profits, and advantages derived from Defendants' wrongful acts.

6.      Pursuant to 15 U.S.C. § 1117(a) and 6 Del. C. § 2533(c), that Plaintiffs recover from Defendants the greater of three times the amount of Defendants' profits or any damages sustained by Plaintiffs, together with interest on such amount and the costs of this action.

7.      Pursuant to 15 U.S.C. § 1117(a) and 6 Del. C. § 2533(b), that the Court determine that the case is exceptional and that Plaintiffs recover from Defendants their attorneys' fees and the costs of this civil action.

8.      That, in the event the Court does not order transfer of the domain names as requested in paragraph 2, that the Court order cancellation of any domain name that incorporates any of the QVC Marks, or any variation thereof, that is owned by Defendants, their agents,

16

servants, representatives, affiliations, successors and assigns, and all those persons or entities in active concert or participation with any of them.

9.    That Plaintiffs be awarded such other and further relief as the Court deems equitable, just, and proper.

### DEMAND FOR JURY

Plaintiffs request that all issues triable by a jury be so tried in this case.

                              _s/ Stanley C. Macel, III_
                              Stanley C. Macel, III (#492)
                              James D. Heisman (#2746)
                              Geoffrey A. Zelley (#4939)
                              CONNOLLY BOVE LODGE & HUTZ LLP
                              1007 North Orange Street
                              P.O. Box 2207
                              Wilmington, Delaware 19899-2207
                              (302) 658-9141
                              smacel@cblh.com
                              jheisman@cblh.com
                              gzelley@cblh.com

                              Of Counsel:

                              Jennifer Fraser
                              CONNOLLY BOVE LODGE & HUTZ LLP
                              1875 Eye Street, NW
                              Suite 1100
                              Washington, DC  20006
                              (202) 331-7111
                              jfraser@cblh.com

                              *Attorneys for Plaintiffs*

Dated: July 25, 2007

# EXHIBIT
# A

BetterWhois.com: Results for planetqvc.com



# planetqvc.com is

# Reserved

**Registrar**: ENOM, INC.

**Status:**
clientTransferProhibited

**Domain options / additional information:** *(Click below to expand)*

+ if you own this domain...

+ if you are trying to register/buy this domain...

+ if you are researching this domain...

---

**Featured Registrar**

Register a domain name
with **Register.com** for
only $20. Includes:

- Free starter web site
- Free web forwarding
- Free e-mail forwarding
- Free domain locking
- Name portfolio
manager
- Dynamic DNS service

**Click here for
discounted rate.**

**[whois.internic.net]**
Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.   Domain Name: PLANETQVC.COM
   Registrar: ENOM, INC.
   Whois Server: whois.enom.com
   Referral URL: http://www.enom.com
   Name Server: NS1.WE-SERV-U.NET
   Name Server: NS2.WE-SERV-U.NET
   Status: clientTransferProhibited
   Updated Date: 16-Jun-2007
   Creation Date: 16-dec-2006
   Expiration Date: 16-dec-2007
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

Sponsored Link:

## Too busy to build your own site? Need some help getting
## started?
Find a Certified Webmaster to build your site. Free consultations/quotes.

[whois.enom.com]
=-=-=-=
Visit AboutUs.org for more information about planetqvc.com
a href="http://www.aboutus.org/planetqvc.com"AboutUs: planetqvc.com/a

Registration Service Provided By: Jersey-Barker Enterprises
Contact: jasonjersey@comcast.net

Domain name: planetqvc.com

Administrative Contact:
  Jersey-Barker Enterprises
  Jason Jersey (jasonjersey@comcast.net)
  +1.7722404268
  Fax:
  1908 SE Hillmoor Dr.
  Suite 34

**Domain Registrars**

Active ISP ASA
Address Creation
Aitdomains.com
Alice's Registry, Inc.
Alldomains.com, Inc.
America Online, Inc.
Ascio Technologies, Inc.
ATLNTD.com
AWRegistry
BB Online UK Ltd.
Bizcn.com, Inc.
BookMyName SAS
BulkRegister.com, Inc.
Capital Networks Pty.
Ltd.
Catalog.com, Inc.
China-channel.com
CommuniGal Comm.

Port Saint Lucie, FL 34952
US

Technical Contact:
  Jersey-Barker Enterprises
  Jason Jersey (jasonjersey@comcast.net)
  +1.7722404268
  Fax:
  1908 SE Hillmoor Dr.
  Suite 34
  Port Saint Lucie, FL 34952
  US

Registrant Contact:
  Jersey-Barker Enterprises
  Jason Jersey (jasonjersey@comcast.net)
  +1.7722404268
  Fax:
  1908 SE Hillmoor Dr.
  Suite 34
  Port Saint Lucie, FL 34952
  US

Status: Locked

Name Servers:
  ns1.we-serv-u.net
  ns2.we-serv-u.net

Creation date: 16 Dec 2006 17:48:13
Expiration date: 16 Dec 2007 17:48:13
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002



| www. | Search |
|---|---|
| Searches shared database registry and queries appropriate registrar. | |



Home page
Link-to-Us
Contact Us

# planetqvc.info is

# Reserved

**Domain options / additional information:** *(Click below to expand)*

**+ if you own this domain...**

**+ if you are trying to register/buy this domain...**

**+ if you are researching this domain...**

Sponsored Link:

## Create a world class site without any programming experience.

Innovative all-in-one site-building, hosting and marketing product makes it easy!

[whois.afilias.info]
Access to INFO WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Afilias registry database. The data in this record is provided by Afilias Limited for informational purposes only, and Afilias does not guarantee its accuracy. This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Afilias reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy. Domain ID:D16393388-LRMS
Domain Name:PLANETQVC.INFO
Created On:05-Feb-2007 08:28:45 UTC
Last Updated On:16-Jun-2007 23:34:39 UTC
Expiration Date:05-Feb-2008 08:28:45 UTC
Sponsoring Registrar:eNom, Inc. (R126-LRMS)
Status:OK
Registrant ID:C4066206-LRMS
Registrant Name:Jason Jersey
Registrant Organization:Jersey-Barker Enterprises
Registrant Street1:1908 SE Hillmoor Dr.
Registrant Street2:Suite 34
Registrant Street3:
Registrant City:Port Saint Lucie
Registrant State/Province:FL
Registrant Postal Code:34952
Registrant Country:US
Registrant Phone:+1.7722404268
Registrant Phone Ext.:
Registrant FAX:

## Featured Registrar

Register a domain name with **Register.com** for only $20. Includes:

- Free starter web site
- Free web forwarding
- Free e-mail forwarding
- Free domain locking
- Name portfolio manager
- Dynamic DNS service

**Click here for discounted rate.**

**Domain Registrars**

TeNameCo
123 Easy Domain Names
123 Registration, Inc.
1dni.com
1st Domain.net
4Domains.com
Active ISP ASA
Address Creation
Aitdomains.com
Alice's Registry, Inc.
Alldomains.com, Inc.
America Online, Inc.
Ascio Technologies, Inc.
ATLNTD.com
AWRegistry
BB Online UK Ltd.
Bizcn.com, Inc.
BookMyName SAS

Registrant FAX Ext.:
Registrant Email:jasonjersey@comcast.net
Admin ID:C4066206-LRMS
Admin Name:Jason Jersey
Admin Organization:Jersey-Barker Enterprises
Admin Street1:1908 SE Hillmoor Dr.
Admin Street2:Suite 34
Admin Street3:
Admin City:Port Saint Lucie
Admin State/Province:FL
Admin Postal Code:34952
Admin Country:US
Admin Phone:+1.7722404268
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:jasonjersey@comcast.net
Billing ID:C4066206-LRMS
Billing Name:Jason Jersey
Billing Organization:Jersey-Barker Enterprises
Billing Street1:1908 SE Hillmoor Dr.
Billing Street2:Suite 34
Billing Street3:
Billing City:Port Saint Lucie
Billing State/Province:FL
Billing Postal Code:34952
Billing Country:US
Billing Phone:+1.7722404268
Billing Phone Ext.:
Billing FAX:
Billing FAX Ext.:
Billing Email:jasonjersey@comcast.net
Tech ID:C4066206-LRMS
Tech Name:Jason Jersey
Tech Organization:Jersey-Barker Enterprises
Tech Street1:1908 SE Hillmoor Dr.
Tech Street2:Suite 34
Tech Street3:
Tech City:Port Saint Lucie
Tech State/Province:FL
Tech Postal Code:34952
Tech Country:US
Tech Phone:+1.7722404268
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:jasonjersey@comcast.net
Name Server:NS1.WE-SERV-U.NET
Name Server:NS2.WE-SERV-U.NET
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:

| www. | **Search** |
|---|---|
| Searches shared database registry and queries appropriate registrar. | |



# planetqvc.net is

## Reserved

**Registrar:** ENOM, INC.

**Status:**
clientTransferProhibited

**Domain options / additional information:** *(Click below to expand)*
+ if you own this domain...
+ if you are trying to register/buy this domain...
+ if you are researching this domain...

[whois.internic.net]
Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.   Domain Name: PLANETQVC.NET
  Registrar: ENOM, INC.
  Whois Server: whois.enom.com
  Referral URL: http://www.enom.com
  Name Server: NS1.BLUEHOST.COM
  Name Server: NS2.BLUEHOST.COM
  Status: clientTransferProhibited
  Updated Date: 16-jun-2007
  Creation Date: 05-feb-2007
  Expiration Date: 05-feb-2008
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

Sponsored Link:

**Improve your Google ranking!** Planet Ocean's Search Engine Book
teaches you how to boost your site to the top in as little as 5 days.

[whois.enom.com]
=-=-=-=
Visit AboutUs.org for more information about planetqvc.net
a href="http://www.aboutus.org/planetqvc.net"AboutUs: planetqvc.net/a

Registration Service Provided By: Jersey-Barker Enterprises
Contact: jasonjersey@comcast.net

Domain name: planetqvc.net

Administrative Contact:
  Jersey-Barker Enterprises
  Jason Jersey (jasonjersey@comcast.net)
  +1.7722404268
  Fax:
  1908 SE Hillmoor Dr.
  Suite 34
  Port Saint Lucie, FL 34952

Home page
Link-to-Us
Contact Us

**Featured Registrar**

Register a domain name
with **Register.com** for
only $20. Includes:

- Free starter web site
- Free web forwarding
- Free e-mail forwarding
- Free domain locking
- Name portfolio
manager
- Dynamic DNS service

**Click here for
discounted rate.**

**Domain Registrars**

000Domains.com
007Names, Inc.
1 eNameCo
123 Easy Domain
Names
123 Registration, Inc.
1dni.com
1st Domain.net
4Domains.com
Active ISP ASA
Address Creation
Aitdomains.com
Alice's Registry, Inc.
Alldomains.com, Inc.
America Online, Inc.
Ascio Technologies, Inc.
ATLNTD.com
AWRegistry

US

Technical Contact:
  Jersey-Barker Enterprises
  Jason Jersey (jasonjersey@comcast.net)
  +1.7722404268
  Fax:
  1908 SE Hillmoor Dr.
  Suite 34
  Port Saint Lucie, FL 34952
  US

Registrant Contact:
  Jersey-Barker Enterprises
  Jason Jersey (jasonjersey@comcast.net)
  +1.7722404268
  Fax:
  1908 SE Hillmoor Dr.
  Suite 34
  Port Saint Lucie, FL 34952
  US

Status: Locked

Name Servers:
  ns1.bluehost.com
  ns2.bluehost.com

Creation date: 05 Feb 2007 08:28:48
Expiration date: 05 Feb 2008 08:28:48
=-=-=-=

The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002



| www. | Search |
|---|---|
| Searches shared database registry and queries appropriate registrar. | |

# EXHIBIT
# B

Int. Cl.: 42

Prior U.S. Cl.: 101

**United States Patent and Trademark Office**

Reg. No. 1,455,889
Registered Sep. 1, 1987

## SERVICE MARK
### PRINCIPAL REGISTER

## QVC

QVC NETWORK, INC. (DELAWARE CORPO-
RATION)
GOSHEN CORPORATE PARK
WEST CHESTER, PA 19380

FOR: PROVIDING AT HOME SHOPPING
SERVICES IN THE FIELD OF GENERAL MER-
CHANDISE BY MEANSOF CABLE TELEVI-
SION, IN CLASS 42 (U.S. CL. 101).

FIRST USE 12–29–1986; IN COMMERCE
12–29–1986.

SER. NO. 640,709, FILED 1–20–1987.

TERRY ELLEN HOLTZMAN, EXAMINING AT-
TORNEY

**Int. Cl.: 42**

**Prior U.S. Cls.: 100 and 101**

## United States Patent and Trademark Office

**Reg. No. 2,098,066**

Registered Sep. 16, 1997

### SERVICE MARK
### PRINCIPAL REGISTER

## QVC

QVC, INC. (DELAWARE CORPORATION)
1365 ENTERPRISE DRIVE
WEST CHESTER, PA 19380

FOR: INTERACTIVE RETAIL SERVICES PROVIDED VIA COMPUTER AND TELEVISION, FEATURING GENERAL MERCHANDISE, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 12–0–1995; IN COMMERCE 12–0–1995.
OWNER OF U.S. REG. NOS. 1,455,889, 1,775,599, AND OTHERS.

SN 74–697,577, FILED 6–21–1995.

LESLEY LAMOTHE, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cl.: 100

## United States Patent and Trademark Office

Reg. No. 1,808,142

Registered Nov. 30, 1993

## SERVICE MARK
### PRINCIPAL REGISTER

# QUALITY VALUE CONVENIENCE

QVC NETWORK, INC. (DELAWARE CORPO-
RATION)
1365 ENTERPRISE DRIVE
WEST CHESTER, PA 19380

   FOR: AT HOME SHOPPING SERVICES BY
MEANS OF TELEVISION, IN CLASS 42 (U.S.
CL. 100).

   FIRST USE 12–29–1986; IN COMMERCE
12–29–1986.

   SEC. 2(F).

   SER. NO. 74–295,126, FILED 7–14–1992.

LESLEY LAMOTHE, EXAMINING ATTORNEY

# EXHIBIT
# C

| Registration or Application Date | Trademark or Service mark | U.S. Reg. No. or Ser. App. No. | Goods/Services |
|---|---|---|---|
| 11/12/96 | QVC | 2,015,779 | Retail store services in the field of general merchandise, CL 42 |
| 1/2/96 | QVC | 1,945,357 | Catalog and mail order services in the field of general merchandise, CL 42 |
| 10/31/95 | QVC | 1,930,782 | Providing at home shopping services by means of television, CL 42 |
| 8/28/01 | QVC Experience | 2,482,374 | Providing home shopping services in the field of general merchandise by means of television; electronic retailing services via a global computer network featuring general merchandise, CL 35 |
| 4/14/98 | QVC Explorer | 2,150,903 | Home shopping services in the field of general merchandise through the use of television, CL 35 |
| 6/3/97 | QVC Factory & Tour Design | 2,067,111 | Home shopping services in the field of general merchandise by means of television, CL 42 |
| 11/28/95 | QVC Local | 1,937,850 | Home shopping services through the use of television, CL 42 |
| 11/8/88 | QVC Network & Design | 1,512,144 | Providing at-home shopping services in the field of general merchandise by means of television, CL 42 |
| 4/18/00 | QVC On Location | 2,343,087 | Providing home shopping services in the field of general merchandise by means of television; computerized on-line retail services in the field of general merchandise, CL 35 |
| 10/16/01 | QVC ProductWorks | 2,497,999 | Business consulting services, namely design of marketing strategies for others involved in electronic retailing, product sourcing, manufacturing, videotape and animation production, CL 35 |

| Registration or Application Date | Trademark or Service mark | U.S. Reg. No. or Ser. App. No. | Goods/Services |
|---|---|---|---|
| 8/3/99 | The QVC Outlet Yard Sale | 2,266,295 | Retail store services in the field of general merchandise, CL 42 |
| 12/29/98 | The QVC Vendor Alliance | 2,214,119 | Periodic newsletter to suppliers who provide goods and services to providers of home television shopping services in the field of retail and wholesale merchandise, CL 16 |
| 9/16/97 | iQVC | 2,098,015 | Interactive retail services provided via computer and television, featuring general merchandise, CL 42 |
| 8/24/99 | IQVC.com | 2,272,585 | Interactive retail services provided via computer and television, featuring general merchandise, CL 35 |
| 11/20/01 | QVC @ THE MALL | 2,509,650 | On-line retail store services in the field of general merchandise, CL 35 |
| 11/27/01 | QVC@THE MALL | 2,512,386 | Retail store services in the field of general merchandise at shopping malls, CL 42 |
| 5/18/04 | QVC @ THE MALL WELCOME & Design | 2,842,704 | Online ordering services and retail store services in the field of general merchandise, CL 35 |
| 10/4/05 | QVC AMERICA'S HOST SEARCH & Design | 3,004,828 | Home shopping services in the field of general merchandise by means of television, telephone and the internet, CL 35 |
| 11/8/05 | QVC ACTIVE | 3,012,812 | Home shopping services in the field of general merchandise by means of interactive cable and satellite television, CL 35 |
| 11/8/05 | QVC ACTIVE & Design | 3,012,814 | Home shopping services in the field of general merchandise by means of interactive cable and satellite television, CL 35 |

| Registration or Application Date | Trademark or Service mark | U.S. Reg. No. or Ser. App. No. | Goods/Services |
|---|---|---|---|
| 07/15/03 | QVC.COM | 2,738,611 | Interactive retail services provided via computer, television and the internet, featuring general merchandise, CL 35 |
| 11/25/03 | QVC (Stylized) | 2,785,413 | Credit card services, CL 36 |

PROVIDING SOLUTIONS          Cowan, Liebowitz & Latman, P.C.

# COWAN CONNECT® Trademark List

## QVC CHINA SHANGHAI REPRESENTATIVE OFFICE - Sorted By Trademark

| MARK | COUNTRY | APPLN. NO.<br>APPLN. DATE | REG. NO.<br>REG. DAT |
|------|---------|---------------------------|----------------------|
| QVC | Algeria | 961585<br>10/8/1996 | 051665<br>10/8/1996 |

42: AT-HOME SHOPPING SERVICES IN THE FIELD OF GENERAL MERCHANDISE BY MEANS OF TELEVISION,

| QVC | Argentina | 2140300<br>3/25/1998 | 1740518<br>6/17/1999 |
|-----|-----------|----------------------|----------------------|

35: ALL SERVICES IN CLASS

| QVC | Australia | 738931<br>7/10/1997 | 738931<br>7/10/1997 |
|-----|-----------|---------------------|---------------------|

35: AT-HOME SHOPPING SERVICES IN THE FIELD OF GENERAL MERCHANDISE BY MEANS OF TELEVISION,

| QVC | Bahrain | 2119/96<br>12/23/1996 | SM2174<br>12/23/1996 |
|-----|---------|-----------------------|----------------------|

42: AT-HOME SHOPPING SERVICES IN THE FIELD OF GENERAL MERCHANDISE BY MEANS OF TELEVISION,

| QVC | Brazil | 820426598<br>12/11/1997 | 820426598<br>11/8/2005 |
|-----|--------|-------------------------|------------------------|

35: PUBLICITY AND PROPAGANDA, ESPECIALLY THE GOODS RETAIL PROMOTION THROUGH TELEVISION, WAY OF COMMUNICATION.

| QVC | Brazil | 820241881<br>9/9/1997 | 820241881<br>6/6/2000 |
|-----|--------|-----------------------|-----------------------|

35: AT-HOME SHOPPING SERVICES IN THE FIELD OF GENERAL MERCHANDISE BY MEANS OF TELEVISION,

| QVC | Brazil | 820277606<br>10/15/1997 | 820277606<br>3/7/2005 |
|-----|--------|-------------------------|-----------------------|

35: SHOPPING SERVICES OF GENERAL MERCHANDISE THROUGH CATALOGUES AND MAIL, AS WELL AS RE

| QVC | Brazil | 820193690<br>9/10/1997 | 820193690<br>12/9/2003 |
|-----|--------|------------------------|------------------------|

35: AT-HOME SHOPPING SERVICES IN THE FIELD OF GENERAL MERCHANDISE BY MEANS OF TELEVISION,

| QVC | Canada | 817491 | 481467 |
|-----|--------|--------|--------|

RETAIL SALES OF ALL TYPES OF PRODUCTS BY TELESHOPPING

| QVC | Canada | | 441113 3/24/1995 |
|---|---|---|---|

PROVIDING AT HOME SHOPPING SERVICES IN THE FIELD OF GENERAL MERCHANDISE BY MEANS OF CABI

| QVC | Chile | 414341 5/12/1998 | 525044 10/22/1998 |
|---|---|---|---|

35: AT-HOME SHOPPING SERVICES IN THE FIELD OF GENERAL MERCHANDISE BY MEANS OF TELEVISION,

| QVC | China (People's Republic Of) | 9700125627 11/25/1997 | 1264980 4/14/1999 |
|---|---|---|---|

35: BUSINESS MANAGEMENT SERVICES, BUSINESS INQUIRIES, ADVERTISING SALES PROMOTION (FOR OTI

| QVC | China (People's Republic Of) | 2001155947 8/24/2001 | 1983433 3/21/2003 |
|---|---|---|---|

41: ENTERTAINMENT SERVICES RELATING TO HOME SHOPPING OR TO PRODUCTS AND SERVICES OFFEREI TO HOME SHOPPING OR TO PRODUCTS AND SERVICES OFFERED FOR SALE OR SUPPLY, EDUCATION INFOF SERVICES OFFERED FOR SALE OR SUPPLY

| QVC | China (People's Republic Of) | 2001155946 8/24/2001 | 1962734 2/28/2003 |
|---|---|---|---|

38: BROADCASTING SERVICES RELATING TO HOME SHOPPING; CABLE TELEVISION BROADCASTING SERV. SERVICES RELATING TO HOME SHOPPING; TELEVISION BROADCASTING SERVICES RELATING TO HOME SI

| QVC | Egypt | 102942 9/22/1996 | 102942 9/22/1996 |
|---|---|---|---|

42: AT-HOME SHOPPING SERVICES IN THE FIELD OF GENERAL MERCHANDISE BY MEANS OF TELEVISION,

| QVC | European Union | 1663038 5/17/2000 | 1663038 5/17/2000 |
|---|---|---|---|

1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 36, 37, 39, 40: CI

| QVC | European Union | 176917 4/1/1996 | 176917 6/25/1999 |
|---|---|---|---|

35: BUSINESS MANAGEMENT SERVICES, INCLUDING ASSISTANCE AND ADVICE IN THE ESTABLISHMENT A COMPUTERS, AND/OR NETWORKS IN THE FIELD OF GENERAL MERCHANDISE; ADVERTISING AND SALES P CATALOGUES, MAIL, COMPUTERS, AND/OR NETWORKS); 38: BROADCASTING SERVICES RELATING TO HOM SERVICES RELATING TO HOME SHOPPING; 41: ENTERTAINMENT SERVICES RELATING TO HOME SHOPPING EDUCATION AND INFORMATION SERVICES, ALL RELATING TO HOME SHOPPING OR TO THE PRODUCTS AI COMPUTER NETWORK IN THE FIELD OF GENERAL MERCHANDISING

| QVC | European Union | 1625839 4/25/2000 | 1625839 4/25/2000 |
|---|---|---|---|

35: ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE FUNCTIONS; INCLUDIN

OF GENERAL MERCHANDISE BY MEANS OF TELEVISION, COMPUTERS, CABLE AND/OR NETWORKS; THE B
TO ENABLE CONSUMERS TO VIEW AND BUY THE PRODUCTS

| QVC | Germany | 395069688 | 39506968 |
| | | 2/15/1995 | 1/19/1998 |

35: ADVERTISING, IN PARTICULAR RADIO AND TV ADVERTISING, IN PARTICULAR IN CONNECTION WITH S
PROGRAMS; 38: BROADCASTING SERVICES, INCLUDING SERVICES IN CONNECTION WITH CABLE SATELLI
INFORMATION SERVICES; SERVICES IN CONNECTION WITH TV ENTERTAINMENT

| QVC | Hungary | M96 03957 | 145806 |
| | | 11/28/1996 | 11/28/1996 |

35: ADVERTISING, BUSINESS MANAGEMENT SERVICES, INCLUDING ASSISTANCE AND ADVICE IN THE EST.
MAIL, COMPUTERS, AND/OR NETWORKS IN THE FIELD OF GENERAL MERCHANDISE; ADVERTISING AND S.
CATALOGUES, MAIL, COMPUTERS, CABLE AND/OR NETWORKS; 42: PROVIDING OF FOOD AND DRINK; TEM
VETERINARY AND AGRICULTURAL SERVICES; LEGAL SERVICES; SCIENTIFIC AND INDUSTRIAL RESEARCH
HOME SHOPPING; EDUCATION AND INFORMATION SERVICES, ALL RELATING TO HOME SHOPPING OR TO

| QVC | Indonesia | D981310 | 435409 |
| | | 1/22/1998 | 12/15/1999 |

42: AT-HOME SHOPPING SERVICES IN THE FIELD OF GENERAL MERCHANDISE BY MEANS OF TELEVISION,

| QVC | Israel | 107480 | 107480 |
| | | 9/17/1996 | 12/4/1997 |

42: AT HOME SHOPPING, CATALOG AND MAIL ORDER SERVICES IN THE FIELD OF GENERAL MERCHANDIS

| QVC | Japan | 2000-96029 | 4604949 |
| | | 8/31/2000 | 9/20/2002 |

3: SOAPS, PERFUMERY AND INCENSES, COSMETICS AND TOILETRIES, ADHESIVES FOR AFFIXING FALSE H.
EYELASHES, DENTIFRICES, HOUSEHOLD ANTISTATIC AGENTS, HOUSEHOLD DEGREASING AGENTS, RUST-
SOFTENING PREPARATIONS, LAUNDRY STARCHES, LAUNDRY BLEACHES, FUNORI (SEAWEED GELATIN US
ABRASIVE PAPERS, ABRASIVE CLOTHS, ABRASIVE SANDS, ARTIFICIAL PUMICES, POLISHING PAPERS, POL
STRIPPING PREPARATIONS 9: PHYSICAL OR CHEMICAL APPARATUS AND INSTRUMENTS, MEASURING APP
MACHINES AND INSTRUMENTS, BATTERIES, ELECTRIC WIRING AND CABLES, PHOTOGRAPHIC APPARATU
OPTICAL APPARATUS AND INSTRUMENTS, EYEGLASSES, PROCESSED GLASS (NOT FOR BUILDINGS, LIFE-S
ROCKETS, MACHINES AND INSTRUMENTS FOR USE IN AMUSEMENT PARKS AND PLEASURE GROUNDS, SL(
SIMULATORS FOR STEERING AND CONTROL OF VEHICLES, ROTARY CONVERTERS, PHASE MODIFIERS, RA
LUMINOUS OR MECHANICAL ROAD SIGNS, FIRE, ALARMS, GAS ALARMS, GLOVES FOR PROTECTION AGAI
FIRE ENGINES, FIRE-FIGHTING BOATS, SPRINKLERS FOR FIRE PROTECTION, ANTI-THEFT WARNING APPAR
MASKS, MAGNETIC CORES, CIGAR LIGHTERS FOR AUTOMOBILES, RESISTANCE WIRING, ELECTRODES, WE
SLIDE FILM MOUNTS, PRERECORDED VIDEO DISCS/TAPES, GASOLINE STATION EQUIPMENT, VENDING MA
REGISTERS, CALCULATING SCALES, COIN COUNTING AND SORTING MACHINES, OPERATION RECORDING
CALCULATORS, DRAWING OR DRAFTING MACHINES, TIME STAMPING MACHINES, TIME RECORDERS, ELE
MACHINES, APPARATUS TO CHECK STAMPED MAIL, WEIGHT BELTS, WETSUITS, INFLATABLE SWIMMING
ELECTRIC ARC-WELDING MACHINES, VIDEO GAME APPARATUS FOR PERSONAL USE, MELT-CUTTING MA(
ELECTRIC AUTOMATIC DOOR OPENERS, METRONOMES 14: PRECIOUS METALS, TABLEWARE OF PRECIOUS
METAL, SUGAR BOWLS OF PRECIOUS METAL, SALT SHAKERS OF PRECIOUS METAL, EGG CUPS OF PRECIOI
PRECIOUS METAL, TRAYS OF PRECIOUS METAL, TOOTHPICK HOLDERS OF PRECIOUS METAL, ICE BUCKET
PRECIOUS METAL, BOXES OF PRECIOUS METAL FOR NEEDLES, JEWEL CASES OF PRECIOUS METAL, CANDI
METAL, CANDLE RINGS OF PRECIOUS METAL, CANDLE TRAYS OF PRECIOUS METAL, POUCHES OF PRECIO
PRECIOUS METAL, PURSES OF PRECIOUS METAL, HAT ORNAMENTS OF PRECIOUS METAL, MONEY CLIPS O
ORNAMENTS, JEWELRY, ROUGH GEMSTONES, AND IMITATION JEWELRY, CLOCKS AND WATCHES, TROPH
WORKED GLASS (EXCEPT BUILDING GLASS), PANS, NON-ELECTRIC COFFEE-POTS (NOT OF PRECIOUS MET.
PRECIOUS METAL), ICE PAILS, HOUSEHOLD WHISKS (NON-ELECTRIC), COOKING SKEWERS, PORTABLE CO

BOWLS AND SALT SHAKERS (NOT OF PRECIOUS METAL), EGG CUPS (NOT OF PRECIOUS METAL), NAPKIN F
PRECIOUS METAL), TOOTHPICK HOLDERS (NOT OF PRECIOUS METAL), RICE CHESTS, SALAD BOWLS (NOT
OPERATED COFFEE GRINDERS, PEPPER MILLS, FUNNELS, GLASS PRESERVING JARS, DRINKING FLASKS, W
BOTTLE OPENERS, GARTERS, TART SCOOPS, PAN-MATS AND TRIVETS, CHOPSTICKS, CHOPSTICK CASES, L
BOTTLES, ROLLING PINS, GRILLS, TOOTHPICKS, LEMON SQUEEZERS, NON-ELECTRIC WAFFLE IRONS, CAK
BUCKETS, WINE BOTTLE CRADLES, COOKING MOLDS, SPATULAS, GARLIC PRESSES, CLEANING AND LAUN
(COSMETIC UTENSILS) (EXCLUDING ELECTRIC TOOTHBRUSHES), DENTAL FLOSS, TUB BRUSHES, METAL B
BRUSHES, PIG BRISTLES FOR BRUSHES, CLOTHES BRUSHES, SHOE-BRUSHES, SHOE HORNS, SHOE SHINE C
GLASS OR CERAMIC, TROUGHS FOR LIVESTOCK (MANGERS), POULTRY RINGS, IRONING BOARDS, FEEDIN
FLOWERS POTS, FLOWER POT HOLDERS, HYDROPONIC INSTRUMENTS FOR HOME GARDENING, FLOWER P
FLOWERPOTS COVERS, CINDER SIFTS FOR HOUSEHOLD USE, BOXES OF METAL FOR DISPENSING PAPER TO
WATERING CANS, CHAMBER POTS, COAL SCUTTLES, SOAP DISPENSERS, PIGGY BANKS (NOT OF PRECIOUS
(TAILERS' TRACING-SPATULA BOARDS), BATH WATER STIRRERS, BATHROOM STOOLS, BATHROOM PAILS
OF PRECIOUS METAL),, CANDLE RINGS (NOT OF PRECIOUS METAL),, CANDLE TRAYS (NOT OF PRECIOUS M
CERAMIC GLASS, KORO (INCENSE BURNERS) AND PERFUME BURNERS, OUTDOOR COOKING SETS, FLOWE
CERAMIC, SCULPTURE OF GLASS OR CERAMICS 25: CLOTHING, GARTERS, STOCKING SUSPENDERS, BRACE
SPORTING AND GYMNASTIC WEAR, SPECIAL SPORTING AND GYMNASTIC FOOTWEAR 28: GAME MACHINE
EQUIPMENT (JAPANESE CHESS) DICE, SUGOROKU GAMES (JAPANESE PACHESI), DICE CUPS, DIAMOND GA
MAHJONG EQUIPMENT, BILLIARD EQUIPMENT, TOYS, DOLLS, TOYS FOR DOMESTIC PETS, SPORTING AND

| QVC | Japan | 96453<br>1/26/1997 | 4387676<br>6/2/2000 |

38: CABLE TELEVISION BROADCASTING SERVICES FOR HOME SHOPPING, CABLE RADIO BROADCASTING S
SERVICES FOR HOME SHOPPING, SATELLITE RADIO BROADCASTING SERVICES FOR HOME SHOPPING, AN

| QVC | Japan | 96452<br>1/27/1997 | 4219722<br>12/11/1998 |

35: PROFESSIONAL BUSINESS CONSULTANCY (INCLUDING ASSISTANCE AND ADVICE IN ESTABLISHING A
THROUGH TELEVISION, CATALOGS, MAIL, COMPUTERS, AND NETWORKS)

| QVC | Kuwait | 35630<br>1/25/1997 | 33066<br>1/25/1997 |

42: PROVIDING AT HOME SHOPPING SERVICES IN THE FIELD OF GENERAL MERCHANDISE BY MEANS OF C.
GENERAL MERCHANDISE AND ALL OTHER SERVICES INCLUDED IN THIS CLASS

| QVC | Lebanon | 9501124008<br>3/29/1997 | 71956<br>4/2/1997 |

42: AT-HOME SHOPPING SERVICES IN THE FIELD OF GENERAL MERCHANDISE BY MEANS OF TELEVISION,

| QVC | Mexico | 586014<br>1/30/2003 | 819452<br>1/30/2003 |

38: BROADCASTING SERVICES RELATING TO HOME SHOPPING; CABLE, SATELLITE, AND TELEVISION BRO

| QVC | Mexico | 586013<br>1/30/2003 | 819451<br>1/30/2003 |

35: BUSINESS MANAGEMENT SERVICES, NAMELY ASSISTANCE AND ADVICE IN THE ESTABLISHMENT AN
AND/OR NETWORKS IN THE FIELD OF GENERAL MERCHANDISE; ADVERTISING AND SALES, PROMOTION O
COMPUTERS AND/OR NETWORKS

| QVC | Mexico | 496565<br>7/17/2001 | 787461<br>7/17/2001 |

7/7/2006

42: HOME SHOPPING SERVICES IN THE FIELD OF GENERAL MERCHANDISE BY MEANS OF TELEVISION, CAE
INTERNET

| QVC | Mexico | 586015<br>1/30/2003 | 819453<br>1/30/2003 |

41: ENTERTAINMENT SERVICES RELATING TO HOME SHOPPING; TELEVISION ENTERTAINMENT SERVICES
ALL RELATING TO HOME SHOPPING OR TO THE PRODUCTS AND SERVICES OFFERED FOR SALE OR SUPPLY

| QVC | Morocco | | 61112<br>11/5/1996 |

42: AT-HOME SHOPPING SERVICES IN THE FIELD OF GENERAL MERCHANDISE BY MEANS OF TELEVISION,

| QVC | Norway | 966311<br>10/15/1996 | 184981<br>9/11/1997 |

35: AT-HOME SHOPPING SERVICES IN THE FIELD OF GENERAL MERCHANDISE BY MEANS OF TELEVISION,

| QVC | Oman | 14357<br>10/6/1996 | 14357<br>10/6/1996 |

35: BUSINESS MANAGEMENT SERVICES, INCLUDING ASSISTANCE AND ADVICE IN THE ESTABLISHMENT A
COMPUTERS, AND/OR NETWORKS IN THE FIELD OF GENERAL MERCHANDISE; ADVERTISING AND SALES P
CATALOGUES, MAIL, COMPUTERS, CABLE, AND/OR NETWORKS

| QVC | Qatar | 15940<br>11/21/1996 | 15940<br>11/21/1996 |

42: AT-HOME SHOPPING SERVICES IN THE FIELD OF GENERAL MERCHANDISE BY MEANS OF TELEVISION,

| QVC | Saudi Arabia | 38150<br>3/25/1997 | 543/22<br>7/10/2000 |

42: AT-HOME SHOPPING SERVICES IN THE FIELD OF GENERAL MERCHANDISE BY MEANS OF TELEVISION,

| QVC | Singapore | 5371/00<br>4/1/2000 | T00/05371J<br>4/1/2000 |

35: RETAIL SERVICES RELATING TO A GENERAL DEPARTMENT STORE SELLING A GREAT VARIETY OF MEI
ELECTRONICS, SMALL APPLIANCES, TOOLS, HOME DECORATIONS, LINENS, CRAFT SUPPLIES, COSMETICS,
THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS, ENABLING CUSTOMERS TO CONVENIENTLY VIEW AN
COMPUTER WEB SITE AND/OR TELECOMMUNICATION NETWORKS; BUSINESS MANAGEMENT SERVICES, II
MANAGEMENT OF SALES BY TELEVISION, CATALOGUES, MAIL, COMPUTERS, AND/OR NETWORKS IN THE
OF GENERAL MERCHANDISE BY MEANS OF TELEVISION CATALOGUES, MAIL, COMPUTERS CABLE, AND/O

| QVC | Singapore | 5372/00<br>4/1/2000 | T00/05372I<br>4/1/2000 |

38: BROADCASTING SERVICES RELATING TO HOME SHOPPING; CABLE, SATELLITE, AND TELEVISION BRO.

| QVC | Singapore | 5373/00<br>4/1/2000 | T00/05373(<br>4/1/2000 |

41: ENTERTAINMENT SERVICES RELATING TO HOME SHOPPING; TELEVISION ENTERTAINMENT SERVICES

HOME SHOPPING OR TO THE PRODUCTS AND SERVICES OFFERED FOR SALE OR SUPPLY

| | | | |
|---|---|---|---|
| QVC | South Korea | 41-2001-24504<br>12/14/2001 | 41-92924<br>11/10/2003 |

35: HOME SHOPPING SALES AGENCY SERVICES, AND MAINTENANCE AND MANAGEMENT OF HOME SHOPP
TELECOMMUNICATION EQUIPMENT, FURNITURE, TABLEWARE NOT OF PRECIOUS METAL, KITCHENWARE
PRECIOUS METAL (OTHER THAN FOR ELECTRIC), HOUSEHOLD ELECTRICAL APPLIANCES, PAPER, PRINTED
STATIONERY, SOAPS, COSMETICS, CD RECORDED WITH MUSIC, JEWELRY, PRECIOUS METALS, PERSONAL
(NOT OF PRECIOUS METAL), OPTICAL INSTRUMENTS, FOOTWEAR, CLOTHING, BAGS, TOYS AND DOLLS, RI
VIDEO TAPES, RECORDED DVD, CAMERAS, PHARMACEUTICAL PREPARATIONS, WATCHES, FOOD PRODUC
BATH LINENS, RUGS, INDOOR DECORATION OF TEXTILES, PERFUMES, ESSENTIAL OILS FOR AROMATHER,
MEANS OF TELEVISION/CABLE TV/COMPUTER NETWORK; 38: COMPUTER COMMUNICATION SERVICES FOI
SHOPPING; AND TELEVISION BROADCASTING SERVICES FOR HOME SHOPPING

| | | | |
|---|---|---|---|
| QVC | South Korea | 97-17187<br>12/19/1997 | 52636<br>1/26/1999 |

NA: 112: AT-HOME SHOPPING SERVICES IN THE FIELD OF GENERAL MERCHANDISE BY MEANS OF TELEVIS

| | | | |
|---|---|---|---|
| QVC | Switzerland | 1157/1995<br>2/9/1995 | 429090<br>2/9/1995 |

38: BROADCASTING SERVICES INCLUDING CABLE, SATELLITE AND TELEVISION BROADCASTING SERVICE
SERVICES; EDUCATION AND INFORMATION SERVICES (AS FAR AS INCLUDED IN CLASS 41); 42: RETAIL SEF

| | | | |
|---|---|---|---|
| QVC | Taiwan | (87)7690<br>2/23/1998 | 110143<br>6/15/1999 |

35: AT-HOME SHOPPING SERVICES IN THE FIELD OF GENERAL MERCHANDISE BY MEANS OF TELEVISION, '

| | | | |
|---|---|---|---|
| QVC | Tangier Zone | 11859<br>4/8/1997 | 11859<br>12/3/1997 |

42: AT-HOME SHOPPING SERVICES IN THE FIELD OF GENERAL MERCHANDISE BY MEANS OF TELEVISION, '

| | | | |
|---|---|---|---|
| QVC | Tunisia | EE961822<br>12/25/1996 | EE961822<br>12/25/1996 |

42: ALL SERVICES IN CLASS NOT SPECIFICALLY INCLUDED IN ANY OTHER CLASS

| | | | |
|---|---|---|---|
| QVC | Turkey | 9895/97<br>2/24/1997 | 191824<br>2/24/1997 |

AT-HOME SHOPPING SERVICES IN THE FIELD OF GENERAL MERCHANDISE BY MEANS OF TELEVISION, COI
INCLUDING ASSISTANCE AND ADVICE IN THE ESTABLISHMENT AND MANAGEMENT OF SALES BY TELEVI
OF GENERAL MERCHANDISE; ADVERTISING AND SALES PROMOTION OF GENERAL MERCHANDISE BY ME,
NETWORKS; BROADCASTING SERVICES RELATING TO HOME SHOPPING; CABLE, SATELLITE, AND TELEVIS
ENTERTAINMENT SERVICES RELATING TO HOME SHOPPING; TELEVISION ENTERTAINMENT SERVICES REI
RELATINGTO HOME SHOPPING OR TO THE PRODUCTS AND SERVICES OFFERED FOR SALE OR SUPPLY

| | | | |
|---|---|---|---|
| QVC | Ukraine | 2003021938/T<br>2/28/2003 | 48176<br>2/28/2003 |

35: AT-HOME SHOPPING, CATALOG AND MAIL ORDER SERVICES IN THE FIELD OF GENERAL MERCHANDIS
AND/OR NETWORKS; THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS
MANAGEMENT SERVICES, INCLUDING ASSISTANCE AND ADVICE IN THE ESTABLISHMENT AND MANAGEI

TELEPHONE, COMPUTERS AND/OR NETWORKS IN THE FIELD OF GENERAL MERCHANDISE; ADVERTISING ,
TELEVISION, CABLE, CATALOGS, MAIL, TELEPHONE, COMPUTERS AND/OR NETWORKS

| QVC | United Arab Emirates | 26982 6/8/1998 | 33579 6/8/1998 |

42: AT-HOME SHOPPING SERVICES IN THE FIELD OF GENERAL MERCHANDISE BY MEANS OF TELEVISION, '

| QVC | Yemen (Republic of) | 9858 1/15/1996 | 9858 1/15/1996 |

42: AT-HOME SHOPPING SERVICES IN THE FIELD OF GENERAL MERCHANDISE BY MEANS OF TELEVISION, '

| QVC - DIE NEUE ART EINZUKAUFEN | Germany | 300634218/35 8/23/2000 | 30063421 8/23/2000 |

35: ADVERTISING AND SALES PROMOTION OF GENERAL MERCHANDISE BY MEANS OF TELEVISION, CATA
BUSINESS MANAGEMENT INCLUDING ASSISTANCE AND ADVICE IN THE ESTABLISHMENT AND MANAGEN
COMPUTER NETWORKS IN THE FIELD OF GENERAL MERCHANDISE; BUSINESS ADMINISTRATION; OFFICE I
DISTRIBUTION OF SAMPLES; PUBLICITY SERVICES; ORGANIZATION OF FAIRS AND EXHIBITIONS FOR ECO.
THE PURCHASE AND SALE OF GOODS; 38: TELECOMMUNICATIONS; BROADCASTING SERVICES RELATING
SERVICES RELATING TO HOME SHOPPING; PROVIDING ACCESS TO A COMPUTER NETWORK IN THE FIELD
NAMELY PROVIDING INFORMATION VIA THE INTERNET, OPERATING WITH A TELESHOPPING CHANNEL, F
MESSAGING), PROVIDING WEBSITES

| QVC - THE NEW WAY OF SHOPPING | European Union | 1820299 8/21/2000 | 1820299 8/21/2000 |

35: AT-HOME SHOPPING, CATALOG AND MAIL ORDER SERVICES IN THE FIELD OF GENERAL MERCHANDIS
AND/OR NETWORKS; THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS
MANAGEMENT SERVICES, INCLUDING ASSISTANCE AND ADVICE IN THE ESTABLISHMENT AND MANAGEN
TELEPHONE, COMPUTERS AND/OR NETWORKS IN THE FIELD OF GENERAL MERCHANDISE; ADVERTISING ,
TELEVISION, CABLE, CATALOGS, MAIL, TELEPHONE, COMPUTERS AND/OR NETWORKS 38: BROADCASTIN(
TELEVISION BROADCASTING SERVICES RELATING TO HOME SHOPPING; PROVIDING ACCESS TO A COMPU

| QVC & DESIGN | Germany | 302148663/35 3/21/2002 | 30214866 3/21/2002 |



35: ADVERTISING AND SALES PROMOTION OF GENERAL MERCHANDISE BY MEANS OF TELEVISION, CATA
BUSINESS MANAGEMENT INCLUDING ASSISTANCE AND ADVICE IN THE ESTABLISHMENT AND MANAGEN
COMPUTER NETWORKS IN THE FIELD OF GENERAL MERCHANDISE; BUSINESS ADMINISTRATION; OFFICE I
DISTRIBUTION OF SAMPLES; PUBLICITY SERVICES; ORGANIZATION OF FAIRS AND EXHIBITIONS FOR ECO.
THE PURCHASE AND SALE OF GOODS; 38: TELECOMMUNICATIONS; BROADCASTING SERVICES RELATING
SERVICES RELATING TO HOME SHOPPING; MULTIMEDIA AND INTERNET SERVICES; PROVIDING INTERNEI
SERVICES; SERVICES IN CONNECTION WITH TV ENTERTAINMENT 42: PROVIDING ACCESS TO A COMPUTEI

| QVC & QVC (STYLIZED)(SERIES) | Austria | | 161222 12/4/1995 |



QVC

**35: RETAIL SERVICES, IN PARTICULAR VIA TELEVISION AND RADIO; PRODUCTION OF TELEVISION SHOPPI TRANSMISSION OF RADIO BROADCASTS AND TELEVISION BROADCASTS, IN PARTICULAR VIA CABLE ANI EDUCATION, TRAINING AND INFORMATION SERVICES**

| QVC & QVC (STYLIZED)(SERIES) | United Kingdom | 1584688 10/31/1994 | 1584688 10/31/1994 |



QVC

**38: BROADCASTING SERVICES; CABLE, SATELLITE AND TELEVISION BROADCASTING SERVICES**

| QVC & QVC (STYLIZED)(SERIES) | United Kingdom | 2000873 10/31/1994 | 2000873 10/31/1994 |



QVC

**41: TELEVISION ENTERTAINMENT SERVICES; PROVISION OF INFORMATION RELATING TO PRODUCTS AND**

| QVC (BLOCK, STYLIZED) SERIES | New Zealand | 706523 1/5/2004 | 706523 1/5/2004 |



35: RETAIL AND WHOLESALE SERVICES INCLUDING AT-HOME SHOPPING SERVICES IN RELATION TO FASE
PRODUCTS, HOMEWARE INCLUDING FURNITURE, CANDLES, COOKWARE AND OTHER PRODUCTS FOR COC
PRODUCTS, JEWELERY, GIFTWARE, SPORT AND FITNESS EQUIPMENT, TOYS, CRAFTS AND LEISURE GOOD?
COMPUTERS, CABLE, AND NETWORKS; BUSINESS MANAGEMENT SERVICES, INCLUDING ASSISTANCE ANI
TELEVISION, CATALOGUES, MAIL, COMPUTERS, AND NETWORKS IN THE FIELD OF GENERAL MERCHANDI
MEANS OF TELEVISION, CATALOGUES, MAIL, COMPUTERS, CABLE AND NETWORKS

| QVC (KATAKANA) | Japan | 2000-96030 8/31/2000 | 4580318 6/28/2002 |

35: CLASS HEADING CLAIMED, INCLUDING, AGENCIES FOR ADVERTISING BY MEANS OF TELEVISION, CAT
ADVERTISING, ISSUANCE OF TRADING STAMPS, PROFESSIONAL BUSINESS CONSULTANCY (INCLUDING A!
AN ENTERPRISE FOR SALES OF MERCHANDISE THROUGH TELEVISION, CATALOGS, MAIL, COMPUTERS, AI
INFORMATION, BUSINESS MANAGEMENT OF HOTELS, PREPARATION, AUDITING AND/OR CERTIFICATION
IMPORT-EXPORT CLEARANCE AGENCIES, AGENCIES FOR OFFICE WORK RELATING TO COMMERCIAL SALI
NETWORKS, ARRANGING NEWSPAPER SUBSCRIPTIONS, DOCUMENT REPRODUCTION, SHORTHAND, OPER/
OFFICE MACHINES, TRANSCRIPTION, DOCUMENT OR MAGNETIC-TAPE FILING, RECEPTION AND GUIDANC
LEASING OF TYPEWRITERS, COPYING MACHINES, AND WORD PROCESSORS; 38: CLASS HEADING CLAIMEI
TELEX, COMMUNICATION BY COMPUTER TERMINALS, COMMUNICATION BY TELEGRAMS, COMMUNICAT.
TELEVISION BROADCASTING SERVICES FOR HOME SHOPPING, CABLE RADIO BROADCASTING SERVICES F
HOME SHOPPING, SATELLITE RADIO BROADCASTING SERVICES FOR HOME SHOPPING, TELEVISION BROA
COMMUNICATION MEDIA, RENTAL OF TELECOMMUNICATION EQUIPMENT, INCLUDING TELEPHONES ANI

| QVC (RED/STYLIZED) | Russian Federation | 2003702725 2/12/2003 | 275088 9/14/2004 |

35: THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, A VARIETY OF GOODS IN THE FIELD OF GEN
CUSTOMERS TO CONVENIENTLY VIEW AND PURCHASE THOSE GOODS, IN PARTICULAR AT-HOME SHOPPI
NETWORKS; ADVERTISING

| QVC (STYLIZED) | China (People's Republic | 3722863 | 3722863 |



35: BUSINESS MANAGEMENT SERVICES, BUSINESS INQUIRIES, ADVERTISING SALES PROMOTION (FOR OTH

| QVC (STYLIZED) | China (People's Republic Of) | 3722862 9/18/2003 | 3722862 10/28/2005 |

38: BROADCASTING SERVICES RELATING TO HOME-SHOPPING; CABLE, SATELLITE, AND TELEVISION BRO.

| QVC (STYLIZED) | China (People's Republic Of) | 3722861 9/18/2003 | 3722861 10/14/2005 |

41: ENTERTAINMENT SERVICES RELATING TO HOME SHOPPING; TELEVISION ENTERTAINMENT SERVICES
ALL RELATING TO HOME SHOPPING OR TO THE PRODUCTS AND SERVIES OFFERED FOR SALE OR SUPPLY

| QVC (STYLIZED) | Hong Kong | 97/17604 12/12/1997 | B13343 12/12/1997 |

42: HOME SHOPPING BY TELEVISION, COMPUTER AND CABLE MEANS

| QVC (STYLIZED) | South Africa | 98/01365 2/3/1998 | 98/01365 2/3/1998 |

35: BUSINESS MANAGEMENT SERVICES, INCLUDING ASSISTANCE AND ADVICE IN THE ESTABLISHMENT A
COMPUTERS, AND/OR NETWORKS IN THE FIELD OF GENERAL MERCHANDISE; ADVERTISING AND SALES F
CATALOGUES, MAIL, COMPUTERS, CABLE, AND/OR NETWORKS; OFFERING FOR SALE AND THE SALE OF G

| QVC (STYLIZED) | Venezuela | 3685/98 3/5/1998 | 9715S 4/20/1999 |

42: PROVIDING OF FOOD AND DRINK; TEMPORARY ACCOMMODATION; MEDICAL HYGIENIC AND BEAUTY
SCIENTIFIC AND INDUSTRIAL RESEARCH; COMPUTER PROGRAMMING

| QVC CARD (SERIES) | United Kingdom | 2111728 10/2/1996 | 2111728 10/2/1996 |

# QVC Card
# QVC CARD

16: CREDIT CARDS, DEBIT CARDS, CHARGE CARDS AND DISCOUNT CARDS; CHEQUE GUARANTEE CARDS; DISCOUNT CARD SERVICES; CREDIT CARD MANAGEMENT

| | | | |
|---|---|---|---|
| QVC die neue Art einzukaufen & DESIGN | Germany | 302148671/35 3/21/2002 | 30214867 3/21/2002 |



35: ADVERTISING AND SALES PROMOTION OF GENERAL MERCHANDISE BY MEANS OF TELEVISION, CATA BUSINESS MANAGEMENT INCLUDING ASSISTANCE AND ADVICE IN THE ESTABLISHMENT AND MANAGEM COMPUTER NETWORKS IN THE FIELD OF GENERAL MERCHANDISE; BUSINESS ADMINISTRATION; OFFICE I DISTRIBUTION OF SAMPLES; PUBLICITY SERVICES; ORGANIZATION OF FAIRS AND EXHIBITIONS FOR ECO THE PURCHASE AND SALE OF GOODS; 38: TELECOMMUNICATIONS; BROADCASTING SERVICES RELATING SERVICES RELATING TO HOME SHOPPING; PROVISION OF ACCESS TO A COMPUTER NETWORK IN THE FIEI NAMELY PROVIDING INTERNET PAGES, PROVISION OF INFORMATION ON THE INTERNET, OPERATION OF A TO INTERNET ADDRESSES (WEB MESSAGING); 41: ENTERTAINMENT SERVICES; TRAINING AND INFORMAT QUALITIES OF MATERIALS AND NATURAL AND/OR ARTIFICIAL PRODUCTS; SERVICES IN CONNECTION WI

| | | | |
|---|---|---|---|
| QVC DIE NEUE ART EINZUKAUFEN & TELEVISION SHOPPING BAG DESIGN | European Union | 2280238 6/29/2001 | 2280238 6/29/2001 |



35: AT-HOME SHOPPING, CATALOG AND MAIL ORDER SERVICES IN THE FIELD OF GENERAL MERCHANDIS AND/OR NETWORKS; THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS MANAGEMENT SERVICES, INCLUDING ASSISTANCE AND ADVICE IN THE ESTABLISHMENT AND MANAGEN TELEPHONE, COMPUTERS AND/OR NETWORKS IN THE FIELD OF GENERAL MERCHANDISE; ADVERTISING A TELEVISION, CABLE, CATALOGS, MAIL, TELEPHONE, COMPUTERS AND/OR NETWORKS; 38: BROADCASTIN

TELEVISION BROADCASTING SERVICES RELATING TO HOME SHOPPING; 42: PROVIDING ACCESS TO A COM

| | | | |
|---|---|---|---|
| QVC LOCAL | Canada | 822184 8/30/1996 | 515920 8/31/1999 |

PROVIDING AT-HOME SHOPPING SERVICES IN THE FIELD OF GENERAL MERCHANDISE BY MEANS OF TELE
RELATING TO HOME SHOPPING; ENTERTAINMENT SERVICES RELATING TO HOME SHOPPING; TELEVISION
AND INFORMATION SERVICES, ALL RELATING TO HOME SHOPPING OR TO THE PRODUCTS AND SERVICES
OF GENERAL MERCHANDISE BY MEANS OF TELEVISION, CABLE AND NETWORKS; RETAIL STORE SERVICE

| | | | |
|---|---|---|---|
| QVC OUTLET STORE & DESIGN | Germany | 301552959/35 9/17/2001 | 30155295 2/21/2002 |



1-36, 38-42 ENTIRE CLASS HEADINGS

| | | | |
|---|---|---|---|
| QVC OUTLET STORE (STYLIZED) | Germany | 30320661.6/35 4/22/2003 | 30320661 4/22/2003 |



35: PROCUREMENT AND CONCLUSION OF CONTRACTS FOR THE PURCHASE AND SALE OF GOODS AND SER
ENABLE THE CONSUMER TO EASILY VIEW AND PURCHASE SUCH GOODS; BUSINESS MANAGEMENT, IN PA
TRADE OF ALL TYPES OF GOODS; ADVERTISING AND SALES PROMOTION IN THE FIELD OF TRADE OF ALL
SALE OF GOODS AND RELATED CONSULTING SERVICES, FOR OTHERS; 39: TRANSPORTATION; PACKAGING
ROOMS FOR BUSINESS WITH CUSTOMERS

| | | | |
|---|---|---|---|
| QVC PRESTIGE CLASS & DESIGN | Japan | 2003-19263 3/11/2003 | 4722055 10/31/2003 |



35: AGENCIES FOR ADVERTISING BY MEANS OF TELEVISION, CATALOGS, MAIL, COMPUTERS, CABLES, AN
STAMPS, PROFESSIONAL BUSINESS CONSULTANCY (INCLUDING ASSISTANCE AND ADVICE IN ESTABLISH
MERCHANDISE THROUGH TELEVISION, CATALOGS, MAIL, COMPUTERS, AND NETWORKS), MARKETING RI
MANAGEMENT OF HOTELS, PREPARATION, AUDITING AND/OR CERTIFICATION OF FINANCIAL STATEMEN
AGENCIES, AGENCIES FOR OFFICE WORK RELATING TO COMMERCIAL SALES BY MEANS OF TELEVISION,
NEWSPAPER SUBSCRIPTIONS, DOCUMENT REPRODUCTION, SHORTHAND, OPERATION OF COMPUTERS, TY

TRANSCRIPTION, DOCUMENT OR MAGNETIC TAPE FILING, RECEPTION AND GUIDANCE FOR VISITORS AT
TYPEWRITERS, COPYING MACHINES, AND WORD PROCESSORS; 38: MOBILE TELEPHONE COMMUNICATION
TERMINALS, COMMUNICATION BY TELEGRAMS, COMMUNICATION BY TELEPHONE, FACSIMILE TRANSMI
HOME SHOPPING, CABLE RADIO BROADCASTING SERVICES HOME SHOPPING, SATELLITE TELEVISION BRO
BROADCASTING SERVICES FOR HOME SHOPPING, TELEVISION BROADCASTING SERVICES FOR HOME SHO
TELECOMMUNICATION EQUIPMENT, INCLUDING TELEPHONES AND/OR FACSIMILE APPARATUS

| QVC RHEIN STUDIOS (STYLIZED) | Germany | 301552967/35 9/17/2001 | 30155296 2/21/2002 |
|---|---|---|---|



## Rhein Studios

1-36, 38-42 ENTIRE CLASS HEADINGS

| QVC THE SHOPPING CHANNEL | European Union | 1663715 5/17/2000 | 1663715 5/17/2000 |
|---|---|---|---|

1,2,3,4,5,6,7,8,9,10,11,12,14,15,16,17,18,20,21,22,23,24,25,26,27,28,29,30,31,32,33,34,36,37,38,39,40 CLASS HEADINGS
BOOKS, MAGAZINES, JOURNALS, PERIODICALS, REPORTS, MANUALS, TEXTS, COMPUTER PROGRAMS, REC
RECORDINGS AND ELECTRONIC RECORDINGS, ELECTRONIC PUBLISHING, MULTI-MEDIA PUBLISHING; OR
PRODUCTION OF TELEVISION PROGRAMMES, FILMS AND SHOWS; RENTAL OF PRE-RECORDED SHOWS, FIL
AND VIDEO DISCS; TELEVISION ENTERTAINMENT; PROVISION OF ENTERTAINMENT RELATING TO ELECTF
INTERACTIVE TELEVISION EDUCATION AND INTERACTIVE TELEVISION SHOPPING SERVICES; EDUCATION
EDUCATION BY TELEVISION; ENTERTAINMENT BY TELEVISION; INTERACTIVE TELEPHONE AND TELEVISI
OF TELEVISION; 42: COMPUTER SERVICES; COMPUTER BASED TRAINING; PROGRAMMING SERVICES; LEAS
SOFTWARE AND COMPUTER PROGRAMS AND OF DATA-TRANSMITTING AND RECEIVING APPARATUS ANI
SOFTWARE FOR IMPLEMENTING INTERACTIVE TELEVISION AND FOR IMPLEMENTING ELECTRONIC SHOPF
LINE DATABASES AND COMPUTER PROGRAMMING; ADVISORY AND SUPPORT CONSULTATION SERVICES
ELECTRONIC SHOPPING; ON-LINE ACCESS TO DATABASES AND REFERENCE MATERIALS AND TO UPDATE
COMPUTER DATABASES; UPDATING OF INFORMATION ON COMPUTER DATABASES; WRITING, DESIGN AN.
RELATING TO THE FIELD OF ELECTRONIC SHOPPING; SERVICES TO VIEWERS IN THE FIELD OF INTERACTI
ACCESS TO DATABASES AND REFERENCE MATERIALS AND TO UPDATES OF DATABASES AND REFERENCI
UPDATING OF INFORMATION ON COMPUTER DATABASES; WRITING, DESIGN AND DEVELOPMENT OF COM
PHOTOGRAPHY; CATERING SERVICES; RESTAURANTS; CAFES; BARS; COCKTAIL LOUNGE SERVICES; HYGI
OPTICIANS' SERVICES; INTERIOR DECOR; DRESS DESIGNING; DRESS RENTAL; FASHION INFORMATION; CO
AFORESAID; ELECTRONIC SHOPPING SERVICES; MAIL ORDER SERVICES; SERVICES FOR DEPARTMENT STO

| QVC THE SHOPPING CHANNEL | United Kingdom | 2000254 10/31/1994 | 2000254 10/31/1994 |
|---|---|---|---|

38: BROADCASTING SERVICES; CABLE, SATELLITE AND TELEVISION BROADCASTING SERVICES; ALL REL
ENTERTAINMENT SERVICES; ALL RELATING TO HOME SHOPPING; EDUCATION AND INFORMATION SERVIC
SERVICES OFFERED FOR SALE OR SUPPLY

This is a client-generated list. The data may not have been
totally updated at the time the list was generated. This data is
confidential and is maintained by

## Cowan, Liebowitz & Latman, P.C.

**1133 Avenue of the Americas**
**New York, NY 10036**
**212-790-9200**

# EXHIBIT
# D

| Domain Name | Managed | Reg. Date | Expiry Date | Business Unit |
|---|---|---|---|---|
| 1qvc.com | Yes | 05/17/02 | 05/17/08 | QVC, Inc |
| adultqvc.com | Yes | 08/11/00 | 08/11/07 | QVC, Inc |
| askqvc.com | Yes | 05/17/02 | 05/17/08 | QVC, Inc |
| bqvc.com | Yes | 04/28/99 | 04/28/08 | QVC, Inc |
| buyqvc.com | Yes | 06/13/00 | 06/13/07 | QVC, Inc |
| chatqvc.com | Yes | 06/13/00 | 06/13/07 | QVC, Inc |
| eiqvc.com | Yes | 06/28/99 | 06/28/09 | QVC, Inc |
| eqvc.com | Yes | 06/20/01 | 06/20/08 | QVC, Inc |
| e-qvc.com | Yes | 08/24/00 | 08/24/07 | QVC, Inc |
| global-qvc.com | Yes | 05/16/03 | 05/16/09 | QVC, Inc |
| hqvcd.com | Yes | 08/12/00 | 08/12/07 | QVC, Inc |
| ihateqvc.biz | Yes | 03/17/05 | 03/16/08 | QVC, Inc |
| i-hate-qvc.biz | Yes | 03/17/05 | 03/17/08 | QVC, Inc |
| ihateqvc.com | Yes | 03/17/05 | 03/17/08 | QVC, Inc |
| i-hate-qvc.com | Yes | 03/17/05 | 03/17/08 | QVC, Inc |
| ihateqvc.net | Yes | 03/17/05 | 03/17/08 | QVC, Inc |
| i-hate-qvc.net | Yes | 03/17/05 | 03/17/08 | QVC, Inc |
| ihateqvc.org | Yes | 03/17/05 | 03/17/08 | QVC, Inc |
| i-hate-qvc.org | Yes | 03/17/05 | 03/17/08 | QVC, Inc |
| iqvc.biz | Yes | 11/19/01 | 11/18/07 | QVC, Inc |
| i-qvc.biz | Yes | 08/12/02 | 08/11/07 | QVC, Inc |
| iqvc.com | Yes | 07/17/95 | 07/16/07 | QVC, Inc |
| i-qvc.com | Yes | 08/24/99 | 08/24/09 | QVC, Inc |
| iqvc.info | Yes | 09/13/01 | 09/13/07 | QVC, Inc |
| i-qvc.info | Yes | 08/12/02 | 08/12/07 | QVC, Inc |
| iqvc.net | Yes | 03/25/99 | 03/25/08 | QVC, Inc |
| i-qvc.net | Yes | 08/24/99 | 08/24/09 | QVC, Inc |
| iqvcauction.com | Yes | 06/28/99 | 06/28/09 | QVC, Inc |
| iqvcchina.com | Yes | 03/16/00 | 03/16/08 | QVC, Inc |
| iqvcchina.net | Yes | 03/16/00 | 03/16/08 | QVC, Inc |
| iqvc-chinashop.com | Yes | 03/16/00 | 03/16/08 | QVC, Inc |
| iqvc-chinese.com | Yes | 03/17/00 | 03/17/08 | QVC, Inc |
| iqvccom.com | Yes | 06/28/99 | 06/28/09 | QVC, Inc |
| iqvcde.com | Yes | 08/10/98 | 08/09/09 | QVC, Inc |
| iqvc-korea.com | Yes | 08/24/00 | 08/24/07 | QVC, Inc |
| iqvcmall.com | Yes | 06/28/99 | 06/28/09 | QVC, Inc |
| iqvcmall.net | Yes | 12/20/99 | 12/20/09 | QVC, Inc |
| iqvcomm.com | Yes | 06/28/99 | 06/28/09 | QVC, Inc |
| iqvconline.com | Yes | 06/13/00 | 06/13/07 | QVC, Inc |
| iqvcshop.com | Yes | 08/24/00 | 08/24/07 | QVC, Inc |
| iqvcsquare.com | Yes | 01/14/98 | 01/13/08 | QVC, Inc |
| iqvc-zg.com | Yes | 03/16/00 | 03/16/08 | QVC, Inc |
| jqvc.com | Yes | 04/03/00 | 04/03/08 | QVC, Inc |
| lqvc.com | Yes | 05/27/04 | 05/27/08 | QVC, Inc |
| myqvc.com | Yes | 10/05/99 | 10/05/07 | QVC, Inc |
| myqvc.net | Yes | 10/05/99 | 10/05/07 | QVC, Inc |
| myqvcbargins.com | Yes | 03/16/04 | 03/16/08 | QVC, Inc |
| nqvc.com | Yes | 06/13/00 | 06/13/07 | QVC, Inc |
| pqvc.com | Yes | 06/13/00 | 06/13/07 | QVC, Inc |
| qqvc.com | Yes | 08/07/00 | 08/07/09 | QVC, Inc |
| qvc.ac | Yes | 11/19/01 | 11/18/07 | QVC, Inc |
| qvc.biz | Yes | 11/07/01 | 11/06/07 | QVC, Inc |
| q-v-c.biz | Yes | | | QVC, Inc |

| Domain Name | Managed | Reg. Date | Expiry Date | Business Unit |
|---|---|---|---|---|
| qvc.info | Yes | 02/13/04 | 02/13/08 | QVC, Inc |
| q-v-c.info | Yes | 09/13/01 | 09/12/07 | QVC, Inc |
| qvc.mobi | Yes | 06/12/06 | 06/12/08 | .MOBI Domains |
| qvc.org.cn | Yes | 01/31/03 | 01/31/08 | QVC, Inc |
| qvc.vu | Yes | 07/12/06 | 07/12/09 | QVC, Inc |
| qvcaccount.com | Yes | 04/03/00 | 04/03/08 | QVC, Inc |
| qvcatthemall.com | Yes | 07/06/00 | 07/06/07 | QVC, Inc |
| qvcauction.com | Yes | 09/23/99 | 09/23/09 | QVC, Inc |
| qvcauction.net | Yes | 09/23/99 | 09/23/09 | QVC, Inc |
| qvcauctions.com | Yes | 08/24/00 | 08/24/07 | QVC, Inc |
| qvcauto.com | Yes | 10/30/98 | 10/29/09 | QVC, Inc |
| qvcbeauty.com | Yes | 04/27/00 | 04/27/08 | QVC, Inc |
| qvcbooks.com | Yes | 06/13/00 | 06/13/07 | QVC, Inc |
| qvcbusinessgifts.com | Yes | 08/31/04 | 08/31/07 | QVC, Inc |
| qvcc.com | Yes | 09/02/99 | 09/02/09 | QVC, Inc |
| qvcc.net | Yes | 08/24/99 | 08/24/09 | QVC, Inc |
| qvcca.biz | Yes | 11/07/01 | 11/06/07 | QVC, Inc |
| qvcca.com | Yes | 07/22/04 | 07/22/07 | QVC, Inc |
| qvcca.info | Yes | 09/13/01 | 09/12/07 | QVC, Inc |
| qvccanada.biz | Yes | 11/07/01 | 11/06/07 | QVC, Inc |
| qvccanada.com | Yes | 07/22/04 | 07/22/07 | QVC, Inc |
| qvccanada.info | Yes | 09/13/01 | 09/12/07 | QVC, Inc |
| qvccast.com | Yes | 12/30/99 | 12/30/09 | QVC, Inc |
| qvcchat.com | Yes | 06/13/00 | 06/13/07 | QVC, Inc |
| qvcchina.com | Yes | 03/16/00 | 03/16/08 | QVC, Inc |
| qvc-china.com | Yes | 03/16/00 | 03/16/08 | QVC, Inc |
| qvcchina.net | Yes | 03/16/00 | 03/16/08 | QVC, Inc |
| qvc-chinashop.com | Yes | 03/16/00 | 03/16/08 | QVC, Inc |
| qvc-chinese.com | Yes | 03/16/00 | 03/16/08 | QVC, Inc |
| qvcclassactions.com | Yes | 05/22/03 | 05/22/08 | QVC, Inc |
| qvc-closeouts.com | Yes | 09/03/04 | 09/03/08 | QVC, Inc |
| qvcclub.com | Yes | 06/13/00 | 06/13/07 | QVC, Inc |
| qvccollectables.com | Yes | 04/27/00 | 04/27/08 | QVC, Inc |
| qvccollectibles.com | Yes | 04/27/00 | 04/27/08 | QVC, Inc |
| qvccom.com | Yes | 12/08/99 | 12/08/09 | QVC, Inc |
| qvcconsumercomplaints.com | Yes | 05/22/03 | 05/22/08 | QVC, Inc |
| qvcconsumerfraud.com | Yes | 11/21/02 | 11/21/07 | QVC, Inc |
| qvccooking.com | Yes | 04/27/00 | 04/27/08 | QVC, Inc |
| qvccuk.com | Yes | 05/07/04 | 05/07/08 | QVC, Inc |
| qvcde.biz | Yes | 11/19/01 | 11/18/07 | QVC, Inc |
| qvcde.com | Yes | 08/10/98 | 08/09/09 | QVC, Inc |
| qvcde.info | Yes | 09/13/01 | 09/12/07 | QVC, Inc |
| qvcdesigns.com | Yes | 01/30/02 | 01/30/08 | QVC, Inc |
| qvcdiscountstore.com | Yes | 11/22/04 | 11/22/07 | QVC, Inc |
| qvcelectronics.com | Yes | 04/27/00 | 04/27/08 | QVC, Inc |
| qvcemail.com | Yes | 07/07/04 | 07/07/07 | QVC, Inc |
| qvcenespanol.com | Yes | 02/20/01 | 02/20/08 | QVC, Inc |
| qvcevents.com | Yes | 10/25/04 | 10/25/07 | QVC, Inc |
| qvcfashion.com | Yes | 04/27/00 | 04/27/08 | QVC, Inc |
| qvcflowers.com | Yes | 08/24/00 | 08/24/07 | QVC, Inc |
| qvcgermany.biz | Yes | 11/07/01 | 11/06/07 | QVC, Inc |
| qvcgermany.com | Yes | 07/22/04 | 07/22/07 | QVC, Inc |
| qvcgermany.info | Yes | 09/13/01 | 09/12/07 | QVC, Inc |
| qvcgifts.com | Yes | 06/13/00 | 06/13/07 | QVC, Inc |

| Domain Name | Managed | Reg. Date | Expiry Date | Business Unit |
|---|---|---|---|---|
| qvchealth.com | Yes | 04/27/00 | 04/27/08 | QVC, Inc |
| qvchome.com | Yes | 10/31/98 | 10/30/09 | QVC, Inc |
| qvchomeshopping.com | Yes | 05/17/00 | 05/17/08 | QVC, Inc |
| qvchostsearch.com | Yes | 11/20/03 | 11/20/07 | QVC, Inc |
| qvcinc.com | Yes | 09/26/00 | 09/26/07 | QVC, Inc |
| qvcinc.net | Yes | 09/26/00 | 09/26/07 | QVC, Inc |
| qvcinc.org | Yes | 09/26/00 | 09/26/07 | QVC, Inc |
| qvcinsider.com | Yes | 06/03/05 | 06/03/08 | QVC, Inc |
| qvcinternational.com | Yes | 07/26/00 | 07/26/07 | QVC, Inc |
| qvcinternational.net | Yes | 07/26/00 | 07/26/07 | QVC, Inc |
| qvcinternational.org | Yes | 07/26/00 | 07/26/07 | QVC, Inc |
| qvcitv.com | Yes | 01/25/02 | 01/25/08 | QVC, Inc |
| qvcjapan.biz | Yes | 11/19/01 | 11/18/07 | QVC, Inc |
| qvcjapan.com | Yes | 11/07/01 | 11/07/07 | QVC, Inc |
| qvcjapan.info | Yes | 09/13/01 | 09/12/07 | QVC, Inc |
| qvcjapan.net | Yes | 07/26/00 | 07/26/07 | QVC, Inc |
| qvcjapan.org | Yes | 07/26/00 | 07/26/07 | QVC, Inc |
| qvcjewelry.com | Yes | 02/11/00 | 02/11/08 | QVC, Inc |
| qvcjobs.com | Yes | 06/15/01 | 06/15/08 | QVC, Inc |
| qvcjobs.net | Yes | 06/15/01 | 06/15/08 | QVC, Inc |
| qvcjp.biz | Yes | 11/19/01 | 11/18/07 | QVC, Inc |
| qvcjp.com | Yes | 06/16/00 | 06/16/07 | QVC, Inc |
| qvcjp.info | Yes | 09/13/01 | 09/12/07 | QVC, Inc |
| qvckitchen.com | Yes | 04/27/00 | 04/27/08 | QVC, Inc |
| qvckorea.com | Yes | 10/30/00 | 10/30/09 | QVC, Inc |
| qvc-korea.com | Yes | 08/24/00 | 08/24/07 | QVC, Inc |
| qvckr.com | Yes | 05/16/03 | 05/16/09 | QVC, Inc |
| qvclocal.biz | Yes | 11/19/01 | 11/18/07 | QVC, Inc |
| qvclocal.com | Yes | 06/13/00 | 06/13/07 | QVC, Inc |
| qvclocal.info | Yes | 09/13/01 | 09/12/07 | QVC, Inc |
| qvcmail.com | Yes | 06/13/00 | 06/13/07 | QVC, Inc |
| qvcmail.net | Yes | 06/13/00 | 06/13/07 | QVC, Inc |
| qvc-mall.com | Yes | 09/28/96 | 09/27/09 | QVC, Inc |
| qvcmexico.biz | Yes | 11/07/01 | 11/06/07 | QVC, Inc |
| qvcmexico.com | Yes | 07/22/04 | 07/22/07 | QVC, Inc |
| qvcmexico.info | Yes | 09/13/01 | 09/12/07 | QVC, Inc |
| qvcmx.biz | Yes | 11/07/01 | 11/06/07 | QVC, Inc |
| qvcmx.com | Yes | 07/22/04 | 07/22/07 | QVC, Inc |
| qvcmx.info | Yes | 09/13/01 | 09/12/07 | QVC, Inc |
| qvcomm.com | Yes | 06/28/99 | 06/28/09 | QVC, Inc |
| qvconline.com | Yes | 05/03/00 | 05/03/08 | QVC, Inc |
| qvc-online.com | Yes | 08/24/99 | 08/24/09 | QVC, Inc |
| qvc-online.net | Yes | 12/20/99 | 12/20/09 | QVC, Inc |
| qvcontheinternet.com | Yes | 06/13/00 | 06/13/07 | QVC, Inc |
| qvcoutlet.com | Yes | 03/13/01 | 03/13/08 | QVC, Inc |
| qvcperks.com | Yes | 02/26/03 | 02/26/08 | QVC, Inc |
| qvcproductsearch.com | Yes | 01/17/02 | 01/17/08 | QVC, Inc |
| qvcproductworks.com | Yes | 09/01/99 | 09/01/09 | QVC, Inc |
| qvcproductworks.net | Yes | 12/20/99 | 12/20/09 | QVC, Inc |
| qvcrecords.com | Yes | 06/13/00 | 06/13/07 | QVC, Inc |
| qvcrewards.com | Yes | 02/26/03 | 02/26/08 | QVC, Inc |
| qvcselectservices.com | Yes | 10/31/98 | 10/30/09 | QVC, Inc |
| qvcservices.com | Yes | 10/31/98 | 10/30/09 | QVC, Inc |
| qvcsex.com | Yes | 07/10/99 | 07/10/07 | QVC, Inc |

| Domain Name | Managed | Reg. Dated | Expiry Date | Business Unit |
|---|---|---|---|---|
| qvcsextoys.com | Yes | 07/20/99 | 07/20/07 | QVC, Inc |
| qvcshop.com | Yes | 05/16/03 | 05/16/09 | QVC, Inc |
| qvc-shopping.com | Yes | 06/20/02 | 06/20/08 | QVC, Inc |
| qvcshoppingnetwork.com | Yes | 11/29/03 | 11/29/07 | QVC, Inc |
| qvcsizechart.com | Yes | 04/16/01 | 04/16/08 | QVC, Inc |
| qvcsourcing.com | Yes | 05/16/03 | 05/16/09 | QVC, Inc |
| qvcsports.com | Yes | 04/27/00 | 04/27/08 | QVC, Inc |
| qvctours.com | Yes | 02/11/98 | 02/10/08 | QVC, Inc |
| qvctoy.com | Yes | 04/27/00 | 04/27/08 | QVC, Inc |
| qvctoys.com | Yes | 04/27/00 | 04/27/08 | QVC, Inc |
| qvctraveler.com | Yes | 01/20/05 | 01/20/08 | QVC, Inc |
| qvctsv.com | Yes | 06/13/00 | 06/13/07 | QVC, Inc |
| qvctv.ac | Yes | 08/07/00 | 08/07/09 | QVC, Inc |
| qvctv.com | Yes | 11/01/97 | 10/31/07 | QVC, Inc |
| qvc-tv.com | Yes | 11/01/97 | 10/31/07 | QVC, Inc |
| qvctv.net | Yes | 09/17/98 | 09/16/07 | QVC, Inc |
| qvctv.org | Yes | 08/07/00 | 08/07/07 | QVC, Inc |
| qvctv.vu | Yes | 07/12/06 | 07/12/09 | QVC, Inc |
| qvcuk.biz | Yes | 11/19/01 | 11/18/07 | QVC, Inc |
| qvcuk.com | Yes | 07/29/97 | 07/28/07 | QVC, Inc |
| qvcuk.info | Yes | 09/13/01 | 09/12/07 | QVC, Inc |
| qvcuk.net | Yes | 05/16/03 | 05/16/09 | QVC, Inc |
| qvcvideo.biz | Yes | 12/11/01 | 12/10/07 | QVC, Inc |
| qvcwatcher.com | Yes | 06/13/00 | 06/13/07 | QVC, Inc |
| qvcweek.com | Yes | 06/17/02 | 06/17/08 | QVC, Inc |
| qvcworld.com | Yes | 08/24/00 | 08/24/07 | QVC, Inc |
| qvczg.com | Yes | 03/16/00 | 03/16/08 | QVC, Inc |
| qvc-zg.com | Yes | 03/16/00 | 03/16/08 | QVC, Inc |
| rqvc.com | Yes | 06/13/00 | 06/13/07 | QVC, Inc |
| sellqvc.com | Yes | 04/16/03 | 04/16/08 | QVC, Inc |
| shoppingqvc.com | Yes | 01/22/05 | 01/22/08 | QVC, Inc |
| shopqvc.com | Yes | 06/13/00 | 06/13/07 | QVC, Inc |
| tqvc.com | Yes | 06/13/00 | 06/13/07 | QVC, Inc |
| tvqvc.com | Yes | 08/24/99 | 08/24/09 | QVC, Inc |
| tvqvc.net | Yes | 12/20/99 | 12/20/09 | QVC, Inc |
| ukqvc.com | Yes | 07/30/02 | 07/30/07 | QVC, Inc |
| uqvc.com | Yes | 06/13/00 | 06/13/07 | QVC, Inc |
| vqvc.com | Yes | 06/13/00 | 06/13/07 | QVC, Inc |
| wwwiqvc.com | Yes | 11/30/99 | 11/30/09 | QVC, Inc |
| wwwqvc.com | Yes | 03/06/99 | 10/07/09 | QVC, Inc |
| wwwqvc.net | Yes | 09/23/99 | 09/23/09 | QVC, Inc |
| wwwqvcuk.com | Yes | 09/17/01 | 09/17/07 | QVC, Inc |
| xqvc.com | Yes | 04/03/00 | 04/03/08 | QVC, Inc |
| zqvc.com | Yes | 06/13/00 | 06/13/07 | QVC, Inc |

# EXHIBIT
# E



# EXHIBIT
# F



# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**QVC, INC. AND ER MARKS, INC.**

**(b)** County Of Residence of First Listed Plaintiff    Chester County
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)

Stanley C. Macel, III (#492)
James D. Heisman (#2746)
CONNOLLY BOVE LODGE & HUTZ, LLP
1007 N. Orange Street, P.O. Box 2207
Wilmington, Delaware 19899        Telephone: (302) 658-9141

### DEFENDANTS

**JOSHUA BARKER, JASON JERSEY AND JERSEY-BARKER ENTERPRISES**

County Of Residence Of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (Place an "X" In One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" In One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" In One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault. Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities – Employment
- ☐ 446 Amer. w/Disabilities – Other
- ☐ 440 Other Civil Rights

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt Relations
- ☐ 730 Labor/Mgmt Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☒ 840 Trademark

SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/ Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. §1051 et. seq.

Brief description of cause:
Trademark Infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND: In excess of $75,000

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):    JUDGE _____    DOCKET NUMBER _____

DATE
**July 25, 2007**

SIGNATURE OF ATTORNEY OF RECORD
*James D. Heisman*        James D. Heisman

FOR OFFICE USE ONLY

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

## United States District Court for the District of Delaware

Civil Action No. _____0 7 - 4 6 3_____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____3____ COPIES OF AO FORM 85.

____7/25/07_____          _____Mark E. Giobbe_____
(Date forms issued)               (Signature of Party or their Representative)

                        _____Mark E. Giobbe_____
                        (Printed name of Party or their Representative)

**Note: Completed receipt will be filed in the Civil Action**