# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

QVC, INC. and
ER MARKS, INC.,

Plaintiffs,

V.

JOSHUA BARKER, JASON JERSEY, and
JERSEY-BARKER ENTERPRISES

Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 07-463

TO: JERSEY-BARKER ENTERPRISES
c/o Delaware Secretary of State
1908 SE Hillmoor Drive
Suite 34
Port St. Lucie, FL 34952

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stanley C. Macel, Esq.
James D. Heisman, Esq.
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
Telephone: (302) 658-9141

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                              7/27/07
CLERK                                             DATE

_____
(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE July 30, 2007 |
| NAME OF SERVER (PRINT) John Pappas | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of adobe with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served upon Jersey-Barker Enterprises by serving the Secretary of State, Delaware located at 401 Federal Street Dover Delaware 19901. Service was accepted by Melanie Keeler at 2:21 p.m

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/30/07
            Date

Signature of Server: John Pappas

Address of Server: 15 East North Street Dover DE 19901

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.