# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **QVC, Inc.** : | |
| : | **Civil Action No. 07-463 (JJF)** |
| **and** : | |
| : | **JURY TRIAL DEMANDED** |
| **ER Marks, Inc.** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | |
| : | |
| **Joshua Thomas Barker,** : | |
| **Jason J. Jersey and** : | |
| **Jersey-Barker Enterprises,** : | |
| : | |
| **Defendants.** : | |
| : | |

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs QVC, Inc. and ER Marks, Inc. respectfully submits the following corporate disclosure statement.

ER Marks, Inc. is a wholly owned subsidiary of QVC, Inc. QVC, Inc. has the following parent corporation and publicly held corporation that owns 10% or more of its stock: Liberty Media Corporation, possibly through one or more intermediaries, owns 100% of the stock of QVC, Inc.

Respectfully Submitted,

  */s/ James D. Heisman*
Stanley C. Macel, III (# 492)
James D. Heisman (# 2746)
Geoffrey A. Zelley (# 4939)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
smacel@cblh.com
jheisman@cblh.com
gzelley@cblh.com

OF COUNSEL:

Jennifer Fraser, Esq.
CONNOLLY BOVE LODGE & HUTZ LLP
1875 Eye Street, NW
Suite 1100
Washington, DC  20006
(202) 331-7111
jfraser@cblh.com

*Attorneys for Plaintiffs QVC, Inc. and ER Marks, Inc.*

Dated:  August 10, 2007