## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------   X
QVC, Inc.                                                       :
                                                               :
              and                                              :
                                                               :
ER Marks, Inc.                                                 :
                        Plaintiffs,                            :   Civil Action No.  07-463 (JJF)
              v.                                               :
                                                               :
                                                               :
Joshua Barker, Jason Jersey, and Jersey-Barker                 :
Enterprises                                                     :
                                                               :
                        Defendants.                            :
-------------------------------------------------------------   X
```

## AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)

Geoffrey A. Zelley, first being duly sworn, on this 9th day of October 2007, does depose and say:

1.    I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent Plaintiffs in the above captioned action.

2.    On July 31, 2007, Connolly Bove Lodge & Hutz LLP caused a copy of the Complaint, the Summons for non-resident Defendants Joshua Barker, Jason Jersey and Jersey-Barker Enterprises (hereinafter collectively "Defendants"), and letters addressed to non-resident Defendants containing the information required by 10 Del.C. § 3104, to be forwarded, via Registered Mail, to Defendants, pursuant to 10 Del.C. § 3104. The Registered Mail receipts for said packages are attached hereto as Exhibit "A."

3.    The packages referenced in paragraph 2, were received by Defendants and signed for on August 9, 2007.  The confirmation/tracking forms received from the United States Postal Service are attached hereto as Exhibit "B."

_____
Geoffrey A. Zelley (# 4939)

**SWORN TO AND SUBSCRIBED** before me this 9th day of October 2007.

_____
Notary Public

BREANNE M. STALEY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 28, 2009

554605

# EXHIBIT A



Registered No.

RB 0972 231 808 US

Date Stamp

Reg. Fee
9.50

Handling
Charge

Return
Receipt 2.15

Postage
2.84

Restricted
Delivery

Received by
CW

To Be Completed
By Post Office

Customer Must Declare
Full Value $  10 —

With Postal
Insurance

Without Postal
Insurance

Domestic Insurance up to
$25,000 is included in the fee.
International Indemnity
is limited.
(See Reverse).

OFFICIAL USE

To Be Completed By Customer
(Please Print)
All Entries Must Be in Ballpoint or Typed

FROM

James Heisman, Esq
Connolly, Bove Lodge & Hutz
P.O. Box 2207
Wilm, DE 19899

TO

Jersey-Baker Enterprise
1908 SE Hilmoor Drive, Ste. 3A
Port Lucie, FL 34952

PS Form 3806,    Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

**Registered No.** RB972 231 811 US

**Date-Stamp**

Reg. Fee 9.50

Handling Charge

Return Receipt 2.15

Postage 2.84

Restricted Delivery

Received by

To Be Completed By Post Office

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

Customer Must Declare Full Value $ 10 —

☐ With Postal Insurance
☒ Without Postal Insurance

OFFICIAL USE

**FROM**
James Heisman, Esq
Connolly Bove Lodge & Hutz
P.O. Box 2207
Wilm, DE 19899

**TO**
Mr. Joshua Barker
1908 SE Hamillmoor Dr
Suite 34
Port St. Lucie, FL 34952

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form **3806**, **Receipt for Registered Mail**   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®



Registered No.
R8 972 231 799 45

Date Stamp

| | |
|---|---|
| Reg. Fee 9.50 | |
| Handling Charge | Return Receipt 2.15 |
| Postage 2.84 | Restricted Delivery |
| Received by | |

To Be Completed By Post Office

Customer Must Declare Full Value $ 10

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM
Connolly Bove Lodge + Hutz LLP
The Nemours Building
1007 N. Orange St 19899
Wilmington, De. 19899

TO
Mr. Jason Jersey
1908 SE Hillmoor Drive
Suite 34
Port St. Lucie, Fl. 34952

PS Form **3806,** **Receipt for Registered Mail**  *Copy 1 - Customer*
May 2004 (7530-02-000-9051)  *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

# EXHIBIT B

**A. TYPE OF SERVICE**

- ☐ Certified Mail™
- ☐ COD
- ☐ Express Mail®
- ☐ Numbered Insured
- ☐ Registered Mail™
- ☐ Return Receipt for Merchandise

**C. ARTICLE INFORMATION**

Article Number

RB972231808 US

Mailing Date (mm/dd/yy)

07/31/07

**Section 2**

**B. ARTICLE ADDRESSED TO**

Addressee Name

Jersey - Baker Enterprise

Addressee Address

1908 SE Hilmoor Drive, Ste. 34

(No., street, apt./ste. np.)

Port Lucie, FL 34952

(City, state, ZIP Code™)

**D. REQUESTOR**

Requestor Name

James Heisman, Esq.

Requestor Address

Connolly Bove Lodge & Hutz
P.O. Box 2207

(No., street, apt./ste. no.)

Wilmington, DE 19899

(City, state, ZIP Code)

Fax Number (Include area code) or email address (Complete ONLY if an electronic inquiry)

**Section 3**

**For Delivery Office Use Only**

Postal Service records show no delivery information because:

- ☐ Record not found
- ☐ Forwarded (date:          )
- ☐ Returned (date:          )

Delivered to the following individual, company or organization

Josh Baker Barker

Delivery Date

8/9/07

Delivery Address (if different from address in section 2B)

1908 SE Hilmoor DE

Delivery Office Postmark

[postmark: RODNEY SQ STA WILMINGTON DE / SEP 20 2007 / USPS / 19801]

PS Form **3811-A,** September 2004 (PSN 7530-02-000-9054)

**Request for Delivery Information/Return Receipt After Mailing**
United States Postal Service®

**A. TYPE OF SERVICE**

- ☐ Certified Mail™
- ☐ COD
- ☐ Express Mail®
- ☐ Numbered Insured
- ☐ Registered Mail™
- ☐ Return Receipt for Merchandise

**C. ARTICLE INFORMATION**

Article Number
R8972 231799 US

Mailing Date (mm/dd/yy)
07/31/07

**Section 2**

**B. ARTICLE ADDRESSED TO**

Addressee Name
Mr. Jason Jersey

Addressee Address
1908 SE Hillmoor Drive, Suite 34
(No., street, apt./ste. no.)
Port St. Lucie, FL 34952
(City, state, ZIP Code™)

**D. REQUESTOR**

Requestor Name
James Heisman, Esq.

Requestor Address
Connolly Bove Lodge & Hutz
P.O. Box 2207
(No., street, apt./ste. no.)
Wilmington, DE 19899
(City, state, ZIP Code)

Fax Number (Include area code) or email address (Complete ONLY if an electronic inquiry)

**Section 3**

**For Delivery Office Use Only**

Postal Service records show no delivery information because:

- ☐ Record not found
- ☐ Forwarded (date: _____ )
- ☐ Returned (date: _____ )

Delivered to the following individual, company or organization
Josh Barker

Delivery Date
8/9/07

Delivery Address (if different from address in section 2B)
1908 SE Hillmoor DR

Delivery Office Postmark
[postmark stamp: SEP 20 2007]

PS Form 3811-A, September 2004 (PSN 7530-02-000-9054)

**Request for Delivery Information/Return Receipt After Mailing**
United States Postal Service®

| **A. TYPE OF SERVICE** | | **C. ARTICLE INFORMATION** |
|---|---|---|

| | | Article Number |
|---|---|---|
| ☐ Certified Mail™ | ☐ Numbered Insured | RB9722231811 US |
| ☐ COD | ☐ Registered Mail™ | Mailing Date (mm/dd/yy) |
| ☐ Express Mail® | ☐ Return Receipt for Merchandise | 07/31/07 |

**B. ARTICLE ADDRESSED TO**

Addressee Name

Mr. Joshua Barker

Addressee Address

1908 SE Hamillmoor Dr., Ste. 34
*(No., street, apt./ste. no.)*

Port St. Lucie, FL 34952
*(City, state, ZIP Code™)*

**D. REQUESTOR**

Requestor Name

James Heisman, Esq.

Requestor Address

Connolly Bove Lodge & Hutz
P.O. Box 2207
*(No., street, apt./ste. no.)*

Wilmington, DE 19899
*(City, state, ZIP Code)*

Fax Number *(Include area code)* or email address *(Complete ONLY if an electronic inquiry)*

**For Delivery Office Use Only**

Postal Service records show no delivery information because:

☐ Record not found
☐ Forwarded (date: _____ )
☐ Returned (date: _____ )

Delivered to the following individual, company or organization

Joshua Barker

Delivery Date

8/9/07

Delivery Address *(if different from address in section 2B)*

1908 SE Hamillmore Dr.

Delivery Office Postmark

[postmark: RODNEY SQ STA WILMINGTON DE / SEP 20 2007 / USPS 19981]

Section 2

Section 3

PS Form **3811-A,** September 2004 (PSN 7530-02-000-9054)

**Request for Delivery Information/Return Receipt After Mailing**
United States Postal Service®