## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QVC, Inc. | : | |
| | : | Civil Action No. 07-463 (JJF) |
| and | : | |
| | : | |
| ER Marks, Inc. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| Joshua Barker, | : | |
| Jason Jersey, and | : | |
| Jersey-Barker Enterprises | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

### ENTRY OF DEFAULT PURSUANT TO RULE 55(a)

Whereas, Defendants Joshua Thomas Barker, Jason J. Jersey, and Jersey-Barker Enterprises were served with copies of the Complaint and Summons on August 9, 2007, as set forth in the Requests for Delivery Information/Return Receipts After Mailing provided by the U.S. Post Office (Exhibits 1-3), and have not responded to the Complaint within the time required by the Federal Rules of Civil Procedure, Plaintiffs hereby request that the Clerk enter Defendants' default pursuant to F.R.C.P. 55(a).

Respectfully Submitted,

Dated: October 10, 2007

Stanley C. Macel, III (# 492)
James D. Heisman (# 2746)
Geoffrey A. Zelley (# 4939)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
smacel@cblh.com
jheisman@cblh.com
gzelley@cblh.com


OF COUNSEL:

Jennifer Fraser, Esq.
CONNOLLY BOVE LODGE & HUTZ LLP
1875 Eye Street, NW
Suite 1100
Washington, DC  20006
(202) 331-7111
jfraser@cblh.com

*Attorneys for Plaintiffs QVC, Inc. and ER Marks, Inc.*

565005-1

## CERTIFICATE OF SERVICE

I, Geoffrey A. Zelley, hereby certify that on this 10th day of October, 2007, I caused a

true and correct copy of the foregoing Entry of Default Pursuant to Rule 55(a) to be served upon

the following individuals in the manner indicated below:

**Via Certified Mail**
Jersey-Barker Enterprises
1908 SE Hillmoor Drive
Suite 34
Port St. Lucie, FL 34952

**Via Certified Mail**
Jason Jersey
1908 SE Hillmoor Drive
Suite 34
Port St. Lucie, FL 34952

**Via Certified Mail**
Joshua Barker
1908 SE Hillmoor Drive
Suite 34
Port St. Lucie, FL 34952

Geoffrey A. Zelley (# 4939)

565005-1

| A. TYPE OF SERVICE | | C. ARTICLE INFORMATION |
|---|---|---|
| ☐ Certified Mail™    ☐ Numbered Insured | | Article Number |
| ☐ COD    ☐ Registered Mail™ | | RBA72231808 US |
| ☐ Express Mail®    ☐ Return Receipt for Merchandise | | Mailing Date (mm/dd/yy)  07/31/07 |

**B. ARTICLE ADDRESSED TO**

Addressee Name

Jersey - Baker Enterprise

Addressee Address

1908 SE Hilmoor Drive, Ste. 34
(No., street, apt./ste. no.)

Port Lucie, FL 34952
(City, state, ZIP Code™)

**D. REQUESTOR**

Requestor Name

James Heisman, Esq.

Requestor Address

Connolly Bove Lodge & Hutz
P.O. Box 2207
(No., street, apt./ste. no.)

Wilmington, DE 19899
(City, state, ZIP Code)

Fax Number (Include area code) or email address (Complete ONLY if an electronic inquiry)

**For Delivery Office Use Only**

Postal Service records show no delivery information because:

☐ Record not found
☐ Forwarded (date: _____ )
☐ Returned (date: _____ )

Delivered to the following individual, company or organization

Josh Baker Barker

Delivery Date  8/9/07

Delivery Address (If different from address in section 2B)

1908 SE Hilmoor Dr.

Delivery Office Postmark

PS Form **3811-A,** September 2004 (PSN 7530-02-000-9054)

Request for Delivery Information/Return Receipt After Mailing
United States Postal Service®



**EXHIBIT**

1

| A. TYPE OF SERVICE | | C. ARTICLE INFORMATION |
|---|---|---|
| ☐ Certified Mail™  ☐ Numbered Insured | | Article Number |
| ☐ COD  ☐ Registered Mail™ | | R8972 231799 US |
| ☐ Express Mail®  ☐ Return Receipt for Merchandise | | Mailing Date (mm/dd/yy)  07/31/07 |

**Section 2**

**B. ARTICLE ADDRESSED TO**

Addressee Name
Mr. Jason Jersey

Addressee Address
1908 SE Hillmoor Drive, Suite 34
*(No., street, apt./ste. no.)*
Port St. Lucie, FL 34952
*(City, state, ZIP Code™)*

**D. REQUESTOR**

Requestor Name
James Heisman, Esq.

Requestor Address
Connolly Bove Lodge & Hutz
P.O. Box 2207
*(No., street, apt./ste. no.)*
Wilmington, DE 19899
*(City, state, ZIP Code)*

Fax Number *(Include area code)* or email address *(Complete ONLY if an electronic inquiry)*

**Section 3**

**For Delivery Office Use Only**
Postal Service records show no delivery information because:
☐ Record not found
☐ Forwarded (date:
☐ Returned (date:

Delivered to the following individual, company or organization
Josh Barker

Delivery Date
8/9/07

Delivery Address *(If different from address in section 2B)*
1908 SE Hillmoor DR

Delivery Office Postmark

PS Form **3811-A,** September 2004 (PSN 7530-02-000-9054)

**Request for Delivery Information/Return Receipt After Mailing**
United States Postal Service®

**EXHIBIT**
**2**

## A. TYPE OF SERVICE

- [ ] Certified Mail™
- [ ] COD
- [ ] Express Mail®
- [ ] Numbered Insured
- [ ] Registered Mail™
- [ ] Return Receipt for Merchandise

## C. ARTICLE INFORMATION

Article Number
RB9722318II US

Mailing Date (mm/dd/yy)
07/31/07

## B. ARTICLE ADDRESSED TO

Addressee Name
Mr. Joshua Barker

Addressee Address
1908 SE Hamillmoor Dr., Ste. 34
*(No., street, apt./ste. no.)*
Port St. Lucie, FL 34952
*(City, state, ZIP Code™)*

## D. REQUESTOR

Requestor Name
James Heisman, Esq.

Requestor Address
Connolly Bove Lodge & Hutz
P.O. Box 2207
*(No., street, apt./ste. no.)*
Wilmington, DE 19899
*(City, state, ZIP Code)*

Fax Number (Include area code) or email address (Complete ONLY if an electronic inquiry)

## For Delivery Office Use Only

Postal Service records show no delivery information because:

- [ ] Record not found
- [ ] Forwarded (date: _____)
- [ ] Returned (date: _____)

Delivered to the following individual, company or organization
Joshua Barker

Delivery Date
8/9/07

Delivery Address (if different from address in section 2B)
1908 SE Hamillmoor Dr.

Delivery Office Postmark

PS Form **3811-A,** September 2004 (PSN 7530-02-000-9054)

**Request for Delivery Information/Return Receipt After Mailing**
United States Postal Service®

EXHIBIT
3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| QVC, Inc. | : | |
| | : | Civil Action No. 07-463 (JJF) |
| and | : | |
| | : | |
| ER Marks, Inc. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| Joshua Barker, | : | |
| Jason Jersey, and | : | |
| Jersey-Barker Enterprises | : | |
| | : | |
| Defendants. | : | |
| | : | |

## <u>ORDER</u>

NOW this _____ day of October, 2007, having considered Plaintiffs' request for entry of

default pursuant to Rule 55(a).

IT IS HEREBY ORDERED that Defendants are in default pursuant to F.R.C.P. 55(a).


_____
Clerk of the Court


Dated:

565005_1