# CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

JAMES D. HEISMAN
Partner
Tel 658-9141
Fax 252-4208
Email jheisman@cblh.com
Reply to Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

November 5, 2007

*Via CM/EFC and hand-delivery*
Dr. Peter T. Dalleo
Clerk of the Court
District Court of Delaware
844 N. King Street
Wilmington, DE 19801

RE:   *QVC, Inc., et al. v. Barker, et al.*
      C.A. No. 07-463 (JJF)

Dear Dr. Dalleo:

On October 10, 2007, plaintiffs filed a request for default as to all defendants along with a text of a proposed order (DI 9). To date, the request for default has not been entered. Accordingly, I respectfully request that an entry of default pursuant to Fed. R. Civ. P. 55(a) be entered against all defendants.

Should you have any questions, please do not hesitate to contact me.

Respectfully,

/s/ James D. Heisman

James D. Heisman (# 2746)

xc:   Stanley C. Macel, III, Esq.
      QVC, Inc.
      574257/7507*66