IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QVC, INC., et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 07-463-JJF |
| JOSHUA BARKER, JASON JERSEY, and JERSEY-BARKER ENTERPRISES, | : |
| Defendants. | : |

### CLERK'S ENTRY OF DEFAULT

And now to wit this **19th** day of **November, 2007**, the Plaintiffs, QVC, Inc. and ER Marks, Inc., filed a request for Entry of Default pursuant to Fed. R. Civ. P. 55(a).

It appearing from the record (D.I. 8), that service was effectuated in accordance with Federal Rule of Civil Procedure 4(e)(2) and 4(h)(1). Defendants, Joshua Barker, Jason Jersey and Jersey-Barker Enterprises have not answered or otherwise moved with respect to the Complaint.

Now therefore, **IT IS ORDERED**, in accordance with Federal Rule of Civil Procedure 55(a) that entry of default be and hereby is **ENTERED** in favor of Plaintiff and against Defendants, Joshua Barker, Jason Jersey and Jersey-Barker Enterprises.

Peter T. Dalleo, Clerk

By _Deborah A. Krett_
Deputy Clerk